## DECLARATION OF JEREMIAH REYNOLDS

I, JEREMIAH REYNOLDS, declare:

1. I am one of the counsel for Defendants Mark Boal and Kathryn Bigelow ("Defendants") in this matter. I am a partner at Kinsella Weitzman Iser Kump & Aldisert, LLP ("KWIKA"). I know the following facts of my own personal knowledge and if called as a witness could, and would, competently testify thereto.

2. I specialize in entertainment related litigation and contractual disputes. My experience includes handling numerous cases relating to intellectual property disputes generally and, more specifically, several cases involving issues relating to the right of publicity under California law. I am a graduate of the University of California, Los Angeles (B.A., 1997) and I received my J.D. from the University of Southern California in 2002. Following law school, I practiced intellectual property and entertainment litigation at the law firm Sheppard Mullin Richter & Hampton LLP until July 2006, when I left to join KWIKA.

3. The senior partner at my law firm, Dale Kinsella, and I represented Defendants in this matter. Attached hereto as **Exhibit B** is a true and correct copy of Mr. Kinsella's biography from my firm website.

4. My billable rate in 2010 was $400 per hour. My billable rate was increased to $450 per hour in 2011. Mr. Kinsella's billable rate is generally $750 per hour. In this matter, my firm agreed to represent Defendants at a "blended rate" of $450 per hour (*i.e.*, Mr. Kinsella's time and my time were both billed at $450 per hour), which is less than our usual and customary rates. Based upon my knowledge of rates in the Los Angeles area, I believe the blended rate of $450 per hour is comparable to or lower than the rates charged by attorneys with similar background or experience, and therefore, I believe, is reasonable.

5. Like most law firms, Kinsella Weitzman Iser Kump & Aldisert bills the

time of paralegals who do work that is non-secretarial in nature and that, as a consequence, an attorney would otherwise be required to perform. The paralegals that worked on this litigation are distinct from the secretarial staff that worked on this case. The $200 hourly rate charged by the paralegals at Kinsella Weitzman Iser Kump & Aldisert is in line with the rates charged by other paralegals in Los Angeles with similar experience, skills and background for comparable work.

6. Attached hereto as **Exhibit A** are true and correct copies of KWIKA bills on this matter related to Defendants' anti-SLAPP motion, which accurately reflect the total fees billed ($42,195), nature of the services performed, and the amount of time spent on each such service (96.60 hours). I have prepared a summary on Page 1 of **Exhibit A** of the total amount of attorneys' fees on the relevant bills, and the amount of hours spent litigating by attorney and paralegal.

7. As reflected in **Exhibit A**, I personally spent 87 hours litigating issues directly related to Defendants' anti-SLAPP motion, including but not limited to the following tasks: investigating and researching the facts, circumstances and relevant defenses; preparing the motion, reply papers, evidentiary objections, and supplemental filings related to the anti-SLAPP motion; conferring with other Defendants' counsel regarding strategy and other related issues; serving as the point of contact with the clients; analyzing the Court's tentative opinion; and preparing for and attending oral argument.

8. On October 21, 2011, the parties held the conference of counsel pursuant to Local Rule 7-3. During the conference, counsel for Plaintiff Sgt. Jeffrey S. Sarver was advised that Defendants intended to file a motion seeking an award of their attorneys' fees pursuant to the Court's October 13, 2011 Order.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed this 27th day of October 2011 at Santa Monica, California.

/s Jeremiah Reynolds

**Sarver v. The Hurt Locker, LLC**
**10571-00002**

|  |
|---:|
| 4,515.00 |
| 630.00 |
| 16,305.00 |
| 18,270.00 |
| 2,475.00 |
| **42,195.00** |

| DFK | JG | JTR |
|---:|---:|---:|
| 1.00 | 0.30 | 9.90 |
| 2.00 | 4.80 | 1.40 |
| 1.50 |  | 33.10 |
|  |  | 38.60 |
|  |  | 4.00 |
| 4.50 | 5.10 | 87.00 |

|  |  |  |  |
|---|---:|---:|---:|
| DFK | 4.50 | 450.00 | 2,025.00 |
| JG | 5.10 | 200.00 | 1,020.00 |
| JTR | 87.00 | 450.00 | 39,150.00 |
| **Total** |  |  | **42,195.00** |

EXHIBIT A

# Kinsella Weitzman Iser Kump & Aldisert LLP

808 Wilshire Blvd. Third Floor
Santa Monica, CA 90401
Telephone No. (310) 566-9800
Fax No. (310) 566-9850
Federal Tax ID: 20-4579904

September 07, 2011

Russell Hickey
Senior Claims Specialist
AXIS PRO
AXIS Insurance
2300 Main Street, Suite 800
Kansas City, MO  64108

Invoice Number: 15167
Client Number: 10571
Matter Number: 00002

## Invoice Summary

| | | |
|---|---:|---:|
| Total fees incurred on this invoice | $4,515.00 | |
| Total expenses incurred on this invoice | +$15.00 | |
| Net current charges | | $4,530.00 |
| Balance of last invoice | $1,193.23 | |
| Payments received since last invoice | -$421.56 | |
| Net balance forward from last invoice | | +$771.67 |
| **BALANCE DUE** | | **$5,301.67** |

## Invoice Detail

**REGARDING: Sarver v. The Hurt Locker, LLC**

### PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 08\|04\|2011 | JTR | Review court's tentative opinion. (.7). Conferred with client re the same. (.5). | 1.20 | 540.00 |
| 08\|05\|2011 | JTR | Review and analyze court's tentative opinion (.9); participate in teleconference with defense counsel; (.8); prepare for oral argument. (1.1). | 2.80 | 1,260.00 |
| 08\|08\|2011 | JTR | Prepare for hearing on motion to dismiss pursuant to anti-slapp. (2.5). Travel to and from hearing. (1.5). Attend hearing. (1.2). | 5.20 | 2,340.00 |
| 08\|08\|2011 | JG | Assemble copies of cases for use during hearing. | 0.30 | 60.00 |

K. Bigelow & Mark Boal                                                                                    Page        2
10571          -  15,167

| Date | TK | Description | Hours | Amount |
|---|---|---|---|---|
| 08\|15\|2011 | JTR | Prepare supplemental brief. | 0.70 | 315.00 |

**Summary by Timekeeper:**

| ID | Name | Hours | | Rate | | Amount |
|---|---|---|---|---|---|---|
| JG | Glick, Janet | 0.30 | hours at | $200.00 | per hour | 60.00 |
| JTR | Reynolds, Jeremiah T | 9.90 | hours at | $450.00 | per hour | 4,455.00 |
| | | | | **Total Professional Services:** | | 4,515.00 |

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 08\|26\|2011 | Parking; Jeremiah Reynolds Invoice# 08252011-3; court parking | 15.00 |
| | **Total Disbursements:** | $15.00 |

# Kinsella Weitzman Iser Kump & Aldisert LLP

808 Wilshire Blvd. Third Floor
Santa Monica, CA 90401
Telephone No. (310) 566-9800
Fax No. (310) 566-9850
Federal Tax ID: 20-4579904

August 09, 2011

Russell Hickey
Senior Claims Specialist
AXIS PRO
AXIS Insurance
2300 Main Street, Suite 800
Kansas City, MO 64108

Invoice Number: 14865
Client Number: 10571
Matter Number: 00002

## Invoice Summary

| | | |
|---|---:|---:|
| Total fees incurred on this invoice | $630.00 | |
| Total expenses incurred on this invoice | +$0.08 | |
| Net current charges | | $630.08 |
| Balance of last invoice | $563.15 | |
| Payments received since last invoice | -$0.00 | |
| Net balance forward from last invoice | | +$563.15 |
| **BALANCE DUE** | | **$1,193.23** |

## Invoice Detail

**REGARDING: Sarver v. The Hurt Locker, LLC**

PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 07\|01\|2011 | JTR | Conferred with client re status of the case. | 0.20 | 90.00 |
| 07\|25\|2011 | JTR | Review order regarding oral argument. (.2). Conferred with client re the same. (.5). | 0.70 | 315.00 |
| 07\|28\|2011 | JTR | Conferred with Plaintiff's counsel re moving the hearing date. Conferred with defense counsel re the same. | 0.50 | 225.00 |

K. Bigelow & Mark Boal                                                                                          Page      2
10571           -  14,865

**Summary by Timekeeper:**

| | | | | | |
|---|---|---|---|---|---:|
| JTR | Reynolds, Jeremiah T | 1.40 hours at | $450.00 | per hour | 630.00 |
| | | | **Total Professional Services:** | | 630.00 |

## DISBURSEMENTS

| | | |
|---|---|---:|
| 07\|19\|2011 | On Line Research; PACER Service Center Invoice@ KNJ-2011-635 | 0.08 |
| | **Total Disbursements:** | $0.08 |

# Kinsella Weitzman Iser Kump & Aldisert LLP

808 Wilshire Blvd. Third Floor
Santa Monica, California 90401
Telephone No. (310) 566-9800
Fax No. (310) 566-9850
Federal Tax ID: 20-4579904

April 06, 2011

Russell Hickey
Senior Claims Specialist
AXIS PRO
AXIS Insurance
2300 Main Street, Suite 800
Kansas City, MO  64108

Invoice Number: 13550
Client Number: 10571
Matter Number: 00002

## Invoice Summary

| | | |
|---|---:|---:|
| Total fees incurred on this invoice | $16,305.00 | |
| Total expenses incurred on this invoice | +$712.59 | |
| Net current charges | | $17,017.59 |
| Balance of last invoice | $22,828.86 | |
| Payments received since last invoice | -$4,505.00 | |
| Net balance forward from last invoice | | +$18,323.86 |
| **BALANCE DUE** | | **$35,341.45** |

## Invoice Detail

**REGARDING: Sarver v. The Hurt Locker, LLC**

### PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 03\|01\|2011 | JTR | Review anti-SLAPP motion. | 0.50 | 225.00 |
| 03\|02\|2011 | JTR | Conferred with Mark Boal. (.7). Final revisions to anti-SLAPP motion. (.5). Final revisions to Boal declaration. (.3). Create Reynolds declaration. (.3). | 1.80 | 810.00 |
| 03\|02\|2011 | JG | Assist with preparation of Motion to Strike Complaint including cite checking the law cited in the brief and fact checking the brief. | 4.80 | 960.00 |
| 03\|03\|2011 | JTR | Conferred with opposing counsel re discovery requests. | 0.50 | 225.00 |

K. Bigelow & Mark Boal  Page 2
10571      -  13,550

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 03\|04\|2011 | JTR | Participate in conference call with defense counsel re plaintiff's discovery requests. (.5). Conferred with opposing counsel re discovery requests. (.3). Discuss deposition subpoena of J. Renner. (.3). | 1.10 | 495.00 |
| 03\|07\|2011 | JTR | Prepare letter to Plaintiff's counsel re automatic stay of discovery and Rule 26 disclosures. (.8). Conferred with client re discovery requests. (.3). | 1.10 | 495.00 |
| 03\|08\|2011 | JTR | Conferred with opposing counsel re discovery requests. | 0.70 | 315.00 |
| 03\|11\|2011 | JTR | Conferred with opposing counsel re discovery issues. | 0.70 | 315.00 |
| 03\|14\|2011 | JTR | Conferred with opposing counsel. | 0.20 | 90.00 |
| 03\|15\|2011 | JTR | Review opposition to anti-SLAPP motions filed by Defendants. (.5). Conferred with M. Boal and W. Dern re motion. (.6). Conferred with co-counsel re opposition. (.3). | 1.40 | 630.00 |
| 03\|16\|2011 | JTR | Participate in teleconference with fellow defense counsel re opposition. (.8). Begin outline of reply. (.7). Begin composing reply. (1.8). | 3.30 | 1,485.00 |
| 03\|17\|2011 | JTR | Compose reply in support of motion to strike complaint. | 6.20 | 2,790.00 |
| 03\|18\|2011 | JTR | Compose reply in support of motion to strike plaintiff's complaint under 425.16. | 6.90 | 3,105.00 |
| 03\|21\|2011 | DFK | Document review regarding motions and conference with Jeremiah Reynolds. | 1.00 | 450.00 |
| 03\|21\|2011 | JTR | Compose reply in support of motion to dismiss complaint. | 8.10 | 3,645.00 |
| 03\|22\|2011 | JTR | Compose joinder in evidentiary objections. | 0.30 | 135.00 |
| 03\|31\|2011 | JTR | Review filing from Plaintiff re objections. | 0.30 | 135.00 |

K. Bigelow & Mark Boal                                                                Page       3
10571        - 13,550

**Summary by Timekeeper:**

| | | | | | | |
|---|---|---|---|---|---|---:|
| DFK | Kinsella, Dale F. | 1.00 | hours at | $450.00 | per hour | 450.00 |
| JG | Glick, Janet | 4.80 | hours at | $200.00 | per hour | 960.00 |
| JTR | Reynolds, Jeremiah T | 33.10 | hours at | $450.00 | per hour | 14,895.00 |
| | | | **Total Professional Services:** | | | 16,305.00 |

## DISBURSEMENTS

| | | |
|---|---|---:|
| 03\|15\|2011 | On Line Research; West Invoice# 822425010; West information charges for the period 02/01/2011 - 02/28/2011 | 366.73 |
| 03\|15\|2011 | On Line Research; West Invoice# 822425010; West information charges for the period 02/01/2011 - 02/28/2011 | 104.66 |
| 03\|22\|2011 | Messenger/Attorney Service; Time Machine, Inc. Invoice# 86115; 03/10/2011 court service for U.S. District Court | 60.50 |
| 03\|31\|2011 | Photocopies | 10.20 |
| 03\|31\|2011 | Messenger/Attorney Service; Time Machine invoice #: 86588; E-File Court Services; Sarver vs The Hurt Locker Reply | 63.50 |
| 03\|31\|2011 | Messenger/Attorney Service; Time Machine invoice #: 86588; E-File U.S. District Court; Sarver v The Hurt Locker Filed Joinder re Objections | 39.50 |
| 03\|31\|2011 | Secretarial Services | 67.50 |
| | **Total Disbursements:** | $712.59 |

# Kinsella Weitzman Iser Kump & Aldisert LLP

808 Wilshire Blvd. Third Floor
Santa Monica, California 90401
Telephone No. (310) 566-9800
Fax No. (310) 566-9850
Federal Tax ID: 20-4579904

March 04, 2011

Russell Hickey
Senior Claims Specialist
AXIS PRO
AXIS Insurance
2300 Main Street, Suite 800
Kansas City, MO 64108

Invoice Number: 13301
Client Number: 10571
Matter Number: 00002

## Invoice Summary

| | | |
|---|---:|---:|
| Total fees incurred on this invoice | $18,270.00 | |
| Total expenses incurred on this invoice | +$51.10 | |
| Net current charges | | $18,321.10 |
| Balance of last invoice | $4,507.76 | |
| Payments received since last invoice | -$0.00 | |
| Net balance forward from last invoice | | +$4,507.76 |
| **BALANCE DUE** | | $22,828.86 |

## Invoice Detail

**REGARDING: Sarver v. The Hurt Locker, LLC**

### PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 01\|05\|2011 | JTR | Hurt Locker Case --- Review proposed joint defense agreement. (.4). Confer with insurer. (.2). | 0.60 | 270.00 |
| 02\|01\|2011 | JTR | Review court filings with respect to anti-SLAPP motion. | 1.00 | 450.00 |
| 02\|03\|2011 | DFK | Conference with client and meeting with Jeremiah Reynolds; review New York pleadings. | 1.00 | 450.00 |
| 02\|04\|2011 | DFK | Telephone call with counsel. | 1.00 | 450.00 |
| 02\|09\|2011 | JTR | Discussed Plaintiff's request for extension of time to respond | 0.30 | 135.00 |

| K. Bigelow & Mark Boal | | | | | Page 2 |
|---|---|---|---|---|---|
| 10571 - 13,301 | | | | | |
| | | | to SLAPP motion. | | |
| 02\|10\|2011 | | JTR | Conducted interview with client Mark Boal for purposes of filing declaration in support of anti-SLAPP motion. (1.7). Reviewed materials sent by client. (.5). Prepare declaration outline for client. (1.3). Conferred with counsel for Playboy re filing of anti-SLAPP motion. (.5). Review ex parte application fand other filings by counsel for Plaintiff. (.7). | 4.70 | 2,115.00 |
| 02\|11\|2011 | | JTR | Review and comment upon draft opposition to ex parte application to extend motion date. | 0.70 | 315.00 |
| 02\|14\|2011 | | JTR | Review draft declaration prepared by Playboy's counsel in support of anti-SLAPP motion. (.4). Conferred with client re declaration. (.6). Revise draft declaration to reflect comments by client. (.8). Review reply to opposition to ex parte application. (.4). | 2.20 | 990.00 |
| 02\|15\|2011 | | JTR | Conferred with fellow defense counsel re response to request for depositions. (.4). Reviewed case law re automatic stay. (.8). Prepared response to Plaintiff's counsel. (.4). | 1.60 | 720.00 |
| 02\|17\|2011 | | JTR | Call with Tony Glassman advising that Playboy has been dismissed from case. (.4). Conferred re filing of anti-SLAPP on behalf of clients. (.3). Conference with opposing counsel re filing of anti-SLAPP. (.3). Call with client re the same. (.2). | 1.20 | 540.00 |
| 02\|21\|2011 | | JTR | Research re filing of anti-SLAPP motion. (.9). Conferred with client re Playboy being dismissed from case. (.3). | 1.20 | 540.00 |
| 02\|22\|2011 | | JTR | Compose anti-SLAPP motion including supporting declarations and research. (4.5). Review numerous communications re Rule 26 Report. (.3). Conferred with Tony Glassman re SLAPP motion. (.4). | 5.20 | 2,340.00 |
| 02\|23\|2011 | | JTR | Continue composing anti-SLAPP motion. (6.7). Research in support of motion. (1.7). | 8.40 | 3,780.00 |
| 02\|24\|2011 | | JTR | Compose anti-SLAPP motion. (6.5). Research for purposes of motion. (2.0). | 8.50 | 3,825.00 |
| 02\|25\|2011 | | JTR | Further revisions to Anti-SLAPP motion. (1.2). Review comments from client. (.5). | 1.70 | 765.00 |

| K. Bigelow & Mark Boal | | | | | | Page | 3 |
|---|---|---|---|---|---|---|---|
| 10571 - 13,301 | | | | | | | |

| 02\|28\|2011 | JTR | Revise anti-SLAPP motion based upon comments of counsel. (.7). Compose declaration of M. Boal. (.6). | 1.30 | 585.00 |
|---|---|---|---|---|

**Summary by Timekeeper:**

| DFK | Kinsella, Dale F. | 2.00 | hours at | $450.00 | per hour | 900.00 |
|---|---|---|---|---|---|---|
| JTR | Reynolds, Jeremiah T | 38.60 | hours at | $450.00 | per hour | 17,370.00 |
| | | | | **Total Professional Services:** | | 18,270.00 |

## DISBURSEMENTS

| 02\|15\|2011 | Messenger/Attorney Service; Time Machine, Inc. Invoice# 84876; 02/01/2011 filing for U.S. District Court | 48.05 |
|---|---|---|
| 02\|15\|2011 | On Line Research; West Invoice# 822246098; West Information charges for the period January 2011 | 3.05 |
| | **Total Disbursements:** | $51.10 |

# Kinsella Weitzman Iser Kump & Aldisert LLP

808 Wilshire Blvd. Third Floor
Santa Monica, California 90401
Telephone No. (310) 566-9800
Fax No. (310) 566-9850
Federal Tax ID: 20-4579904

February 03, 2011

Russell Hickey
Senior Claims Specialist
AXIS PRO
AXIS Insurance
2300 Main Street, Suite 800
Kansas City, MO 64108

Invoice Number: 13012
Client Number: 10571
Matter Number: 00002

## Invoice Summary

| | | |
|---|---:|---:|
| Total fees incurred on this invoice | $2,475.00 | |
| Total expenses incurred on this invoice | +$2.76 | |
| Net current charges | | $2,477.76 |
| Balance of last invoice | $2,030.00 | |
| Payments received since last invoice | -$0.00 | |
| Net balance forward from last invoice | | +$2,030.00 |
| **BALANCE DUE** | | **$4,507.76** |

## Invoice Detail

**REGARDING: Sarver v. The Hurt Locker, LLC**

PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 01\|21\|2011 | DFK | Review motions and conference with Jeremiah Reynolds. | 1.50 | 675.00 |
| 01\|24\|2011 | JTR | Review anti-slapp motion. (1.0). Provide comments thereon. (1.0). | 2.00 | 900.00 |
| 01\|28\|2011 | JTR | Conferred with counsel for Hurt Locker, LLC and Playboy re filing of anti-SLAPP motion. | 0.60 | 270.00 |
| 01\|31\|2011 | JTR | Prepare and file notice of appearance. (.4). Prepare notice of joinder and joinder in anti-SLAPP motion. (1.0). | 1.40 | 630.00 |

K. Bigelow & Mark Boal                                                                Page      2
10571        -  13,012

**Summary by Timekeeper:**

| DFK | Kinsella, Dale F. | 1.50 hours at | $450.00 per hour | 675.00 |
| JTR | Reynolds, Jeremiah T | 4.00 hours at | $450.00 per hour | 1,800.00 |
| | | | **Total Professional Services:** | 2,475.00 |

## DISBURSEMENTS

| 01|20|2011 | On Line Research; West Invoice# 822049373 | 1.98 |
| 01|20|2011 | On Line Research; West Invoice# 822049373 | 0.78 |
| | **Total Disbursements:** | $2.76 |

Case 2:10-cv-09034-JHN -JC   Document 132-1   Filed 10/27/11   Page 16 of 17   Page ID
                                       #:1880



KINSELLA
WEITZMAN
ISER
KUMP &
ALDISERT LLP

Home | Our Firm | Practice Areas | Our People | News | Recruitment | Contact



## Dale Kinsella

www.kwikalaw.com/dkinsella

T (310) 566-9888
F (310) 566-9878

808 Wilshire Blvd. 3rd Floor
Santa Monica, CA 90401

dkinsella@kwikalaw.com

### Biography

Dale Kinsella is a nationally known trial lawyer specializing in the areas of entertainment and intellectual property litigation. During his career, Mr. Kinsella has successfully tried numerous cases in state and federal courts, and in private arbitrations and administrative proceedings, involving a wide array of disputes, from copyright and trademark infringement matters to antitrust and securities litigation. Mr. Kinsella is listed in The Best Lawyers in America.

Mr. Kinsella has represented large domestic and international corporations, major motion picture studios, record companies, law firms, and professional athletes and actors. Most recently, he successfully represented numerous individuals and companies in litigation against KPMG and other national accounting firms in connection with "tax shelter" abuses that have been the subject of Congressional investigations. Mr. Kinsella has recovered tens of millions of dollars for his clients in these matters.

Mr. Kinsella represented John Ratzenberger and George Wendt ("Norm" and "Cliff") in the celebrated "Cheers" litigation against Host International, including appeals to the United States Supreme Court regarding federal copyright preemption of California's right of publicity law. Mr. Kinsella has also represented numerous professional athletes in a wide variety of administrative and litigation matters, including obtaining one of the largest legal malpractice settlements in California for boxer Mike Tyson. Mr. Kinsella has represented theatrical and recording artists in a wide variety of disputes, including Sean Connery, Tim Daly, Richard Dreyfus, Nicole Kidman, Jennifer Lopez, Sean Penn, Julia Roberts, and James Woods, as well as numerous other artists, directors, writers and producers.

Mr. Kinsella has represented motion picture studios Dreamworks and Universal Studios, including the successful defense at trial of a multi-million dollar claim seeking rescission of the sale of a studio division. He has represented domestic and international

### Press, Awards & Publications

KWIKA is pleased to note that partners Dale Kinsella, Larry Iser, Michael Kump and Greg Aldisert are listed in Super Lawyers' 2011 Business Edition.

KWIKA is proud to announce that partners Dale Kinsella, Howard Weitzman, Larry Iser and Michael Kump are included in the 2012 edition of The Best Lawyers in America. Long recognized as the definitive guide to legal excellence in the U.S., Best Lawyers' latest list is the result of a rigorous national survey involving more than 3.9 million detailed evaluations of lawyers by other lawyers.

companies in complex licensing disputes involving copyright and trademark rights. Mr. Kinsella has also presented numerous artists as well as studios in "net profit" litigation involving prime time network television series and major motion pictures.

Mr. Kinsella successfully represented one of Canada's largest corporations in injunction proceedings brought by Northrop Corporation seeking to enjoin the worldwide sale of the most advanced fighter jet aircraft. He also represented various members of the board of directors of Lincoln Savings & Loan in multi-district federal and state litigation involving the largest S&L failure in United States history, successfully resolving all civil claims against them. He represented numerous individuals and corporations in federal RICO actions including the successful resolution of all claims against a renowned investigator in the infamous "jeans wars" between Jordache and Guess. He successfully prosecuted bad faith and unfair claims practices cases in federal and state court against many of the country's ten largest insurance carriers for verdicts and settlements in excess of $50,000,000.

Mr. Kinsella has represented numerous law firms and individual partners of firms in complex law firm dissolution proceedings, legal malpractice, and malicious prosecution actions in both state and federal courts.

Mr. Kinsella is a graduate of the University of California at Santa Barbara (B.A. 1970) and UCLA Law School (J.D. 1974, Editor in Chief, UCLA Law Review).

 Download vCard

KWIKA is pleased to announce that partners Dale Kinsella, Howard Weitzman and Shawn Holley are on The Hollywood Reporter's "Power Lawyers 2011" list. Dale and Howard were chosen for the "Litigation" category while Shawn was picked as one of only three "Troubleshooters."

KWIKA is pleased to announce that Partners Dale Kinsella and Michael Kump have been included in "Top Plaintiffs' Verdicts by Impact 2010" in the January 19, 2011 edition of the Daily Journal, the leading legal newspaper in California. Published annually, the Daily Journal's list is a selection of Top Verdicts throughout the year, highlighting those cases with outstanding results.

Dale Kinsella, Howard Weitzman and Larry Iser have been selected for inclusion in the 2011 edition of The Best Lawyers in America, a publication of BestLawyers.com. Honorees are chosen through an exhaustive and rigorous peer-review survey comprising more than 3.1 million confidential evaluations by the top attorneys in the U.S.

Dale Kinsella, Howard Weitzman and Larry Iser were named to The Hollywood Reporter's 2010 "Power 100 Lawyers in Entertainment" list in the Litigation category.

Dale Kinsella, Larry Iser and Greg Aldisert