**EISNER, KAHAN & GORRY**
A PROFESSIONAL CORPORATION

9601 WILSHIRE BOULEVARD, SUITE 700
BEVERLY HILLS, CA 90210
TELEPHONE: (310) 855-3200
FACSIMILE:   (310) 855-3201

*Federal Tax ID:* REDACTED

*Invoice Date*

October 27, 2011

Voltage Pictures, LLC

AXIS Insurance
2300 Main Street, Suite 800
Kansas City, MO 64108

| | |
|---|---|
| *File #:* | 01-03058 |
| *Invoice #:* | Settle |

**Attn:** Russell Hickey/Senior Claims Specialist

**RE:**   Jeffrey Sarver v. Hurt Locker LLC, et al
Insured: Hurt Locker, LLC;  Claimant: Sgt. Jeffrey S. Sarver
Claim No. 49177

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|

# REDACTED

**EXHIBIT A**                                                                                     **Page 7**

Invoice #:    Settle                          Page    2                                    October 27, 2011

# REDACTED

Invoice #:      Settle                          Page   3                          October 27, 2011

# REDACTED

Invoice #:      Settle                    Page   4                    October 27, 2011

# REDACTED

Invoice #:      Settle                              Page   5

October 27, 2011

# REDACTED

**EXHIBIT A**                                                      **Page 11**

# REDACTED

# REDACTED

Invoice #:    Settle                           Page   8

October 27, 2011

# REDACTED

# REDACTED

Invoice #:     Settle                    Page   10

October 27, 2011

# REDACTED

# REDACTED

# REDACTED

Invoice #:      Settle                                   Page    13                              October 27, 2011

# REDACTED

Invoice #:   Settle                Page   14                    October 27, 2011

# REDACTED

Invoice #:   Settle   Page   15   October 27, 2011

# REDACTED

# REDACTED

Invoice #:      Settle                          Page   17                        October 27, 2011

# REDACTED

Nov-29-10        draft motion to dismiss; research on             2.80        1,260.00           JL
                 application of state law

# REDACTED

Nov-30-10        draft motion to dismiss; review legal            3.00        1,350.00           JL


**EXHIBIT A**                                                                    **Page 23**

|  |  | | |  |
|---|---|---|---|---|
| | authorities supporting same; REDACTED | | | |
| | office conference re: choice of law issues; telephone conference with counsel for Summit re: strategy in connection with responsive pleading for central district of California; review preliminary case managment orders of the district court | 2.00 | 700.00 | JJ |
| | REDACTED | | | |
| Dec-02-10 | REDACTED | 1.00 | 450.00 | JL |
| | draft motion to dismiss; review legal authorities supporting same and potential anti-SLAPP motion | | | |
| | REDACTED | | | |
| | REDACTED | 1.40 | 490.00 | JJ |
| | telephone call from counsel for Playboy re: strategy in connection with anti-slapp motion; draft correspondence to all defense counsel re: same | | | |
| Dec-03-10 | review authorities regarding the standards for anti-slapp motions; draft motion to strike; intraoffice conferences and review correspondence related to upcoming meeting of counsel | 3.30 | 1,485.00 | JL |
| | REDACTED | | | |
| | office conference re: strategy for conference of counsel and procedures related to anti slapp motion; review legal authorities concerning anti slapp motion; REDACTED | 2.30 | 805.00 | JJ |
| Dec-06-10 | REDACTED | 6.30 | 2,835.00 | JL |

**EXHIBIT A**                                                                    **Page 24**

REDACTED
draft motion to strike; review
authorities concerning standards for anti-slapp
motions

REDACTED

Dec-07-10  REDACTED

| | | | |
|---|---|---|---|
| review draft motion to strike (anti-slapp); intraoffice conference re: same; telephone conference with defense counsel re: strategy in connection with preparation of rule 26(f) report. motion to strike, and motion to dismiss; email to defense counsel re: same; email to plaintiff's counsel re: court-ordered conference of counsel | 2.50 | 875.00 | JJ |

Dec-08-10  REDACTED

| | | | |
|---|---|---|---|
| REDACTED office conference re: meet and confer issues related to filing anti-slapp motion | 1.80 | 630.00 | JJ |

REDACTED

Invoice #:     Settle                          Page   20                          October 27, 2011

REDACTED

| Dec-10-10 | REDACTED draft motion to strike; review legal authorities supporting same | 3.30 | 1,485.00 | JL |

REDACTED

| Dec-13-10 | REDACTED draft anti-SLAPP motion; intraoffice conferences concerning same | 6.30 | 2,835.00 | JL |

REDACTED

Dec-14-10

REDACTED

| | REDACTED conferences re: anti-slapp motion | 2.40 | 1,080.00 | TG |
| | REDACTED review and revise motion to strike complaint | 1.60 | 560.00 | JJ |
| Dec-15-10 | review and revise motion to strike; REDACTED | 1.80 | 810.00 | JL |
| | review correspondence from counsel; correspondence to and from David | | | |

Halberstadter regarding anti-SLAPP motion
and rule 26 report

REDACTED                              2.60        1,170.00            TG

review and revise anti-SLAPP
motion; conference re: same

REDACTED

Invoice #:      Settle                          Page   22                              October 27, 2011

# REDACTED

# REDACTED

| Date | Description | Hours | Amount | Initials |
|------|-------------|-------|--------|----------|
| Dec-28-10 | review correspondence from David Halberstadter; review caselaw regarding SLAPP standards; intraoffice conferences concerning same; draft correspondence to David Halberstadter regarding same; correspondence to and from David Halberstadter concerning conflict of laws statutes and rules | 3.00 | 1,350.00 | JL |
| | review anti-slapp research; review and respond to emails re: same; office conferences re: same | 1.80 | 810.00 | TG |
| | review legal authorities re: permissible discovery vis-a-vis anti-slapp motion; office conference re: same; telephone call from co-defense counsel re: deadline to file responsive pleading | 1.50 | 525.00 | JJ |
| Dec-29-10 | review authorities concerning conflicts of laws and application of California law to this action; correspondence to and from David Halberstadter; review and revise SLAPP motion; review and revise motion to dismiss | 3.00 | 1,350.00 | JL |
| | review email re: revisions to anti-slapp motion; office conference re: same | 0.90 | 405.00 | TG |
| Dec-30-10 | review David Halberstadter's comments to the SLAPP motion; revise SLAPP motion | 4.00 | 1,800.00 | JL |
| Jan-03-11 | review correspondence from Sally Wu concerning changes to the anti-SLAPP motion; review and revise anti-SLAPP motion; draft motion to dismiss; review legal authorities supporting same | 6.30 | 2,835.00 | JL |

**EXHIBIT A**                                                                 **Page 29**

| | | | | |
|---|---|---|---|---|
| | review and check anti-SLAPP motion; review comments from Ms. Wu, cite check same; conference re: definition convention and page limit issues | 3.10 | 1,395.00 | TG |

<div align="center">

## REDACTED

</div>

| | | | | |
|---|---|---|---|---|
| | office conference re: anti-SLAPP motion; | 1.60 | 560.00 | JJ |

<div align="center">

### REDACTED

</div>

review and edit anti-SLAPP motion

| | | | | |
|---|---|---|---|---|
| Jan-04-11 | review and revise anti-SLAPP motion; correspondence to and from David Halberstadter; correspondence to co-defense counsel; intraoffice conferences concerning anti-SLAPP motion | 2.00 | 900.00 | JL |
| | review and comment on anti-SLAPP motion; respond to e-mails re: same | 0.60 | 270.00 | TG |
| | emails re: draft anti-SLAPP motion; review current draft of motion | 0.30 | 105.00 | JJ |

<div align="center">

## REDACTED

</div>

| | | | | |
|---|---|---|---|---|
| Jan-06-11 | telephone conferences with David Halberstadter regarding additional anti-SLAPP motion arguments; intraoffice conferences concerning same | 0.50 | 225.00 | JL |

<div align="center">

# REDACTED

</div>

| | | | | |
|---|---|---|---|---|
| | email from counsel for Summit re: various strategy issues and respond to same | 0.50 | 175.00 | JJ |

<div align="center">

# REDACTED

</div>

| | | | | |
|---|---|---|---|---|
| Jan-10-11 | | | | |

<div align="center">

## REDACTED

</div>

**EXHIBIT A**                                                                                    **Page 30**

Invoice #:   Settle                    Page   25                    October 27, 2011

| | office conference re: strategy in connection with timing of filing anti-SLAPP motion, etc. | 0.30 | 105.00 | JJ |
|---|---|---|---|---|

REDACTED

| Jan-13-11 | REDACTED | | | |
|---|---|---|---|---|
| | REDACTED | | | |
| | conferences re: same, filing of anti-SLAPP motion | 0.60 | 270.00 | TG |

REDACTED

| Jan-18-11 | correspondence to and from David Halberstadter | 0.30 | 135.00 | JL |
|---|---|---|---|---|
| Jan-19-11 | intraoffice conferences concerning case strategy; telephone conference with David Halberstadter regarding anti-SLAPP motion; telephone conference with Jeremiah Reynolds regarding same | 1.00 | 450.00 | JL |

REDACTED

| | office conference re: anti-SLAPP motion; telephone conference with counsel for Summit re: same | 0.80 | 280.00 | JJ |
|---|---|---|---|---|

REDACTED

| Jan-20-11 | REDACTED | 0.80 | 360.00 | TG |
|---|---|---|---|---|

**EXHIBIT A**                                                   **Page 31**

conference re: same, pro hac vice opposition
and anti-SLAPP motion; draft email to counsel
for Summit

REDACTED

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Jan-21-11 | review correspondence and comments from David Halberstadter; intraoffice conference concerning changes to anti-SLAPP motion and submission of supporting documents | 0.50 | 225.00 | JL |
| | review Summit's comments to draft anti-SLAPP motion; revise motion; office conference re: proper authentication of dvd and lodging same | 1.30 | 455.00 | JJ |
| Jan-24-11 | telephone conference with Steve Berkowitz and Jeremiah Reynolds; telephone conference with David Halberstadter; intraoffice conferences concerning arguments for Anti-SLAPP motion; follow up on joint defense agreement | 0.50 | 225.00 | JL |
| | REDACTED conference re: filing anti-SLAPP motion | 0.20 | 90.00 | TG |
| | further revisions to anti-SLAPP motion; draft Chartier declaration in support of same | 2.00 | 700.00 | JJ |
| Jan-25-11 | REDACTED | | | |
| | continue drafting Chartier declaration in support of motion to strike; draft notice of manual filing; office conference re: strategy in connection with motion to strike; draft correspondence to client re: same | 2.50 | 875.00 | JJ |
| Jan-26-11 | finalize anti-SLAPP Motion; intraoffice conferences re: same; draft declaration of Timothy Gorry | 5.30 | 2,385.00 | JL |
| | REDACTED | | | |
| Jan-27-11 | prepare attorneys' fees calculations for anti-SLAPP motion; correspondence to and | 1.50 | 675.00 | JL |

**EXHIBIT A**                                                              **Page 32**

from David Halberstadter; finalize anti-SLAPP motion; intraoffice conferences

| | | | | |
|---|---|---|---|---|
| | review and finalize anti-SLAPP motion; ~~REDACTED~~ office conferences re: same, declaration of N. Chartier | 2.50 | 1,125.00 | TG |
| Jan-28-11 | correspondence to and from David Halberstadter; review Summit's comments to anti-SLAPP motion; correspondence to co-defense counsel | 1.30 | 585.00 | JL |
| | multiple emails from counsel for Summit re: anti-SLAPP motion; respond to same; review Gorry declaration in support of same | 1.50 | 525.00 | JJ |

REDACTED

| | | | | |
|---|---|---|---|---|
| Jan-31-11 | correspondence with co-defense counsel coordinating filing of motions; prepare motion to strike and supporting documents for filing | 0.80 | 360.00 | JL |
| | finalize anti-SLAPP motion; telephone calls to Mr. Hickey re: same | 2.50 | 1,125.00 | TG |
| | review multiple emails from counsel for co-defendants re: anti-SLAPP motion; office conference re: same | 0.50 | 175.00 | JJ |
| Feb-01-11 | handle filing of motion to strike and supporting documents; correspondence to and from counsel regarding same; review Summit's joinder and supporting documents; review Boal's and Bigelow's joinder; review and revise rule 26 Report; intraoffice conference concerning same | 2.50 | 1,125.00 | JL |
| | review and finalize declaration of TJG for anti-SLAPP motion; office conferences re: filing, opposition to Pro Hac Vice application; telephone call to Mr. Hickey re: same | 1.20 | 540.00 | TG |
| | emails from co-defense counsel re: strategy and filing issues attendant to anti-SLAPP motion and related matters; review Summit notice of joinder in anti-SLAPP motion | 1.30 | 455.00 | JJ |

**EXHIBIT A**                                                    **Page 33**

Invoice #:     Settle                    Page   28                              October 27, 2011



| Feb-09-11 | review correspondence from plaintiff's counsel seeking continuance of hearing; intraoffice conference concerning same; correspondence to and from defense counsel concerning same; telephone conference with Jeremiah Reynolds concerning opposition to plaintiff's request; | 3.00 | 1,350.00 | JL |

# REDACTED

| | | | |
|---|---|---|---|
| review email correspondence from plaintiff's counsel re: briefing schedule for motion to strike; email from counsel for Smmit re: same; telephone call to counsel for defendants Boal and Bigelow re: same; draft email correspondence to counsel for plaintiff re: same; REDACTED | 1.50 | 525.00 | JJ |
| Feb-10-11 | review correspondence between plaintiff's and Summit's counsel; correspondence to and from David Halberstadter concerning plaintiff's anticipated filings; REDACTED outline arguments and procedural history necessary to oppose plaintiff's anticipated filing; review and analyze plaintiff's ex parte application and supporting documents; draft opposition to ex parte application; review legal authorities supporting same; correspondence with counsel regarding same; intraoffice conferences concerning same; REDACTED | 8.30 | 3,735.00 | JL |

# REDACTED

| | | | |
|---|---|---|---|
| review email from counsel for Summit re: plaintiff's request for a continuance of hearing date on motion to strike; office conference re: same; REDACTED | 0.50 | 175.00 | JJ |
| Feb-11-11 | correspondence to and from David Halberstadter; REDACTED review and revise opposition to ex parte application and declaration of Jackie Joseph; intraoffice conferences concerning same; telephone conference with and correspondence to and from Jeremiah Reynolds | 2.50 | 1,125.00 | JL |

**EXHIBIT A**

**Page 35**

| | | | | |
|---|---|---|---|---|
| | review ex parte application, emails discussing same; conference re: local counsel designation; review and revise opposition to application | 3.00 | 1,350.00 | TG |
| | review plaintiff's ex parte application to continue the hearing date on defendants' anti-SLAPP motion; office conference re: same; review and revise opposition to ex parte application; multiple email communications to and from co-defense counsel re: same; draft declaration in support of opposition to ex parte application; attention to collection and organization of exhibits thereto | 6.50 | 2,275.00 | JJ |
| Feb-14-11 | review plaintiff's reply to ex parte application and supporting documents; REDACTED review court's order | 1.00 | 450.00 | JL |
| | review emails from Mr. Weglarz re: extention; review order on ex parte; office conferences re: same; REDACTED | 1.20 | 540.00 | TG |
| | REDACTED review reply brief and supplemental declaration in support of plaintiff's ex parte application; review court's order re: same | 1.00 | 350.00 | JJ |

# REDACTED

**EXHIBIT A**                                                                                 **Page 36**

Invoice #:      Settle                                      Page   31                                      October 27, 2011

# REDACTED

Invoice #:      Settle                          Page   32                                          October 27, 2011

# REDACTED

Invoice #:     Settle                          Page   33                    October 27, 2011

**REDACTED**

| | | | | |
|---|---|---|---|---|
| Mar-03-11 | review correspondence amongst defense counsel; review recent decisions construing anti-SLAPP motions; intraoffice conference concerning same | 0.50 | 225.00 | JL |

**REDACTED**

| | | | | |
|---|---|---|---|---|
| REDACTED email from co-defense counsel re: authorities in support of anti-SLAPP motion; respond to same; REDACTED | 1.50 | 525.00 | JJ |

**REDACTED**

**EXHIBIT A**                                                                **Page 39**

Invoice #:      Settle                         Page   34                          October 27, 2011

# REDACTED

Mar-08-11                **REDACTED**                    2.80      1,260.00              JL

telephone conference with David
Halberstadter; draft reply in support of motion
to strike; review legal authorities supporting
same

# REDACTED

Mar-09-11        draft reply in support of motion to strike;       6.00      2,700.00              JL
                 review legal authorities concerning discovery
                 stay under the anti-SLAPP statute and choice
                 of law issues

**EXHIBIT A**                                                            **Page 40**

|  | conference re: reply, correspondence with Mr. Weglarz; review responses to same | 0.60 | 270.00 | TG |
|---|---|---|---|---|
| Mar-10-11 | REDACTED | | | |
| Mar-11-11 | intraoffice conference concerning strategy for response to plaintiff's opposition to motion to strike;   REDACTED | 1.30 | 585.00 | JL |
|  | conference re: discovery, timing on opposition and reply; review emails re: responses, letter from Mr. Weglarz | 0.50 | 225.00 | TG |
|  | multiple emails to and from co-defense counsel re: discovery issues | 0.60 | 210.00 | JJ |
| Mar-14-11 | review emails from Mr. Weglarz; conferences with co-defense counsel re: same; review factual issues presented by correspondence | 1.60 | 720.00 | TG |
|  | email from opposing counsel re: opposition to anti-SLAPP motion | 0.20 | 70.00 | JJ |
| Mar-15-11 | review and analysis of oppositions and supporting documents; correspondence to and from opposing counsel; review legal authorities setting standards for rule 56(d) requests; intraoffice conferences concerning reply arguments; draft reply in support of motion to strike | 5.30 | 2,385.00 | JL |
|  | review opposition to anti-SLAPP motion, declarations thereto; office conferences re: reply, objections to declarations, conference call; set up same; review and revise response to Mr. Reynolds email re: timing; office conferences re: same | 1.40 | 630.00 | TG |

**EXHIBIT A**                                                                    **Page 41**

| | | | | |
|---|---|---|---|---|
| | review opposition briefs to anti-SLAPP motions to strike plaintiff's complaint; review Sarver declaration and Weglarz declaration in support of same; office conference re: same; email to co-defense counsel re: same; begin drafting reply in support of anti-SLAPP motion to strike; begin drafting evidentiary objections to declarations in support of plaintiff's opposition | 4.80 | 1,680.00 | JJ |
| Mar-16-11 | intraoffice conferences concerning reply arguments and issues with the facts plaintiff raised through his oppositions and supporting declarations; review correspondence amongst counsel regarding same | 0.80 | 360.00 | JL |
| | conference call re: allocation of responsibilities on reply to anti-SLAPP motion; office conferences re: same; review argument outlines, restatement sections re: domicil; office conferences re: same | 1.80 | 810.00 | TG |
| | office conference re: analysis of opposition to motion to strike and strategy for reply brief; conference call with co-defense counsel re: same; review legal authorities; review exhibits to declarations in support of opposition; continue drafting reply brief in support of motion to strike; review correspondence from plaintiff's counsel re: Renner deposition | 6.00 | 2,100.00 | JJ |
| Mar-17-11 | review and analyze plaintiff's opposition arguments; intraoffice conferences concerning reply arguments; review legal authorities supporting same; draft reply in support of motion to strike;  REDACTED | 10.30 | 4,635.00 | JL |
| | review evidentiary objections, comment on same; conference re: reply, arguments therein and tie-in to objections | 3.20 | 1,440.00 | TG |
| | office conference re: issues related to reply brief; continue drafting reply in support of motion to strike; review legal authorities in connection with same; multiple emails to and from co-defense counsel; review plaintiff's reply brief in support of pro hac vice application | 5.50 | 1,925.00 | JJ |

**EXHIBIT A**                                                                 **Page 42**

| Mar-18-11 | draft reply in support of motion to strike; review legal authorities supporting factors for determining domicile or residence; intraoffice conferences concerning reply; correspondence to co-defense counsel; review and comment on evidentiary objections | 5.30 | 2,385.00 | JL |
|---|---|---|---|---|
| | numerous revisions to reply memorandum; review emails re: same; office conferences re: same | 5.80 | 2,610.00 | TG |
| | continue drafting reply in support of motion to strike; emails to and from co-defense counsel re: same | 5.50 | 1,925.00 | JJ |
| Mar-19-11 | review and revise additions to reply memo from Mr. Halberstadler, Ms. Wu; review and revise objections to declarations | 1.20 | 540.00 | TG |
| | review and revise reply to conform to page limits; review emails from Mr. Halberstadler, Ms. Wu; review and revise objections to declarations; draft and send email to counsel for Boal and Bigelow re: separate reply | 2.80 | 1,260.00 | TG |
| Mar-20-11 | review and revise reply in support of motion to strike | 1.30 | 455.00 | JJ |
| Mar-21-11 | review and revise reply in support of motion to strike; intraoffice conferences concerning same | 2.00 | 900.00 | JL |
| | review David Halberstadter's comments to the reply; intraoffice conferences concerning the reply; review and revise reply in support of motion to strike; review declaration of Paul Wilcock; review and revise evidentiary objections; correspondence and telephone conferences with David Halberstadter, Sally Wu and Jeremiah Reynolds; review Boal's and Bigelow's reply in support of motion to strike | 7.50 | 3,375.00 | JL |
| | review comments from Mr. Halberstadter; respond to same; office conferences re: comments, inclusion in reply; provide final comments on anti-SLAPP motion; review draft of Boal reply; provide comments to same | 3.20 | 1,440.00 | TG |
| | review, revise, edit and finalize reply in support of motion to strike; emails to and from co-defense counsel re: same; review and | 5.50 | 1,925.00 | JJ |

**EXHIBIT A**                                                                                   **Page 43**

finalize objections to declarations of T.
Weglarz and J. Sarver in support of opposition
to motion to strike; review declaration of P.
Wilcock in support of opposition to motion to
strike; review and finalize objections to same

Mar-22-11    REDACTED

| | | | | |
|---|---|---|---|---|
| | review reply brief submitted by defendants Boal and Bigelow in support of motion to strike complaint; office conference re: status and strategy | 1.30 | 455.00 | JJ |

REDACTED

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| Mar-28-11 | review court order regarding hearing on motion to dismiss; correspondence to and from co-defense counsel regarding same; intraoffice conference concerning same | 0.30 | 135.00 | JL |
| | review chamber minutes re: no oral argument on anti-SLAPP motion; office conferences and emails re: same | 0.40 | 180.00 | TG |
| | review court order re: hearing on motions to strike | 0.30 | 105.00 | JJ |
| Mar-29-11 | review declaration objections; respond to emails re: same | 0.70 | 315.00 | TG |

**EXHIBIT A**                                        **Page 44**

| | | | | |
|---|---|---|---|---|
| Mar-30-11 | review plaintiff's objections to the declaration of Mark Boal; correspondence to and from co-defense counsel concerning same | 0.30 | 135.00 | JL |
| | review latest filings from plaintiff; conferences and emails re: same | 0.40 | 180.00 | TG |
| | review plaintiff's evidentiary objections to Boal declaration | 0.40 | 140.00 | JJ |
| Mar-31-11 | review plaintiff's response to the objections to the declaration of Jeffrey Sarver; correspondence with counsel concerning same; review local rules governing reply briefs; REDACTED | 1.00 | 450.00 | JL |
| | review supplemental opposition to declarations late filed by plaintiffs; review and respond to emails re: same; REDACTED | 0.90 | 405.00 | TG |
| | review plaintiff's response to evidentiary objections to Sarver declaration; office conference re: same; review emails from co-defense counsel re: potential response to improper filing by plaintiff and discovery responses | 0.90 | 315.00 | JJ |
| Apr-01-11 | review Boal's responses to plaintiff's requests for production; review Bigelow's responses to plaintiff's requests for production | 0.30 | 135.00 | JL |
| | telephone call to Mr. Halberstadter; review discovery responses from Boal and Bigelow | 0.80 | 360.00 | TG |
| Apr-04-11 | finalize responses to plaintiff's requests for production | 0.30 | 135.00 | JL |
| Apr-05-11 | review discovery responses served by defendants, Boal, Bigelow, and Summit Entertainment | 1.00 | 350.00 | JJ |
| | Totals | | REDACTED | |

**DISBURSEMENTS**

REDACTED

Invoice #:    Settle                  Page   40                      October 27, 2011



TAX ID Number    REDACTED

**PAYMENT DETAILS**

**Total Payments**                                    REDACTED



**9601 Wilshire Boulevard
Suite 700
Beverly Hills, CA 90210**

## EISNER, KAHAN & GORRY
### A PROFESSIONAL CORPORATION

*www.eisnerlaw.com*

Voltage Pictures LLC
Attn: Nicolas Chartier
662 N. Crescent Heights Boulevard
Los Angeles, CA 90048

Invoice 26592
October 27, 2011

ID: 950-03001 - TJG
Re: Jeffrey Sarver v. Hurt Locker LLC, et al  Insured: Hurt Locker, LLC;  Claimant: Sgt. Jeffrey S.
  Sarver  Claim No. 49177

For Services Rendered Through October 27, 2011

| | Fees | | | |
|---|---|---|---|---|
| **Date** | **Atty** | **Description** | **Hours** | **Amount** |
| | | REDACTED | | |
| 07/22/11 | TJG | review minute order; review and respond to emails re: same; office conferences re: oral arguments | 1.00 | 450.00 |
| 07/22/11 | JJH | review court order setting hearing on motion to strike; intraoffice conference concerning same | 0.30 | 135.00 |
| 07/22/11 | JMJ | review court order setting hearing date; email from co-defense counsel re: same; respond to same | 0.30 | 105.00 |
| | | REDACTED | | |
| 07/25/11 | TJG | review and respond to email re: status | 0.20 | 90.00 |
| 07/27/11 | JMJ | review email from plaintiff's counsel re: request to change hearing date; multiple email communications between co-defense counsel re: same | 0.30 | 105.00 |
| 07/27/11 | TJG | review request for new hearing date; review and respond to numerous emails re: same | 0.70 | 315.00 |
| 07/28/11 | JMJ | multiple email communications re: plaintiff's request for stipulation to continue hearing date | 0.30 | 105.00 |
| 07/29/11 | JMJ | email to opposing counsel re: request for stipulation to continue hearing on motion to strike; office conference re: same | 0.30 | 105.00 |
| 07/29/11 | TJG | review emails re: hearing, acquiescence to original date by plaintiff; office conferences re: same | 0.50 | 225.00 |
| 08/01/11 | TJG | conference call re: oral argument, division of labor; office conference re: | 0.90 | 405.00 |

**EXHIBIT A**

**Eisner, Kahan & Gorry, a Professional Corporation**

| Voltage Pictures LLC | October 27, 2011 |
|---|---|
| I.D. 950-03001 - TJG | Invoice 26592 |
| Re: Jeffrey Sarver v. Hurt Locker LLC, et al  Insured: Hurt Locker, LLC;  Claimant: Sgt. Jeffrey S. Sarver  Claim No. 49177 | Page 2 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | same | | |
| 08/01/11 | JJH | conference call to discuss upcoming hearing on motion to strike; intraoffice conferences concerning same | 0.50 | 225.00 |
| 08/01/11 | JMJ | telephone conference with co-counsel re: hearing on motion to strike; review motion, opposition, and reply memorandum in preparation for hearing | 3.30 | 1,155.00 |
| 08/02/11 | JMJ | review legal authorities in preparation for hearing on motion to strike | 2.50 | 875.00 |
| 08/02/11 | TJG | initial review of pleadings in preparation for oral argument | 3.50 | 1,575.00 |
| 08/03/11 | TJG | review moving papers, outline arguments; check PACER for tentative ruling | 5.80 | 2,610.00 |
| 08/04/11 | TJG | review pleadings, case law in preparation for hearing on anti-SLAPP motion; office conferences re: same; draft and send emails to Mr. Halberstadter re: meeting; review tentative decision; comment on same; draft and send emails re: rescheduling of meeting | 5.60 | 2,520.00 |
| 08/04/11 | JJH | review motion and opposition papers and analyze arguments to be made at upcoming hearing; intraoffice conferences to discuss same; review and analyze tentative ruling; correspondence amongst defense counsel concerning same | 2.50 | 1,125.00 |
| 08/04/11 | JMJ | review legal authorities in preparation for hearing on motion to strike complaint; office conference re: same; review tentative ruling on motion to strike complaint; multiple email communications with co-defense counsel re: same | 2.50 | 875.00 |
| 08/05/11 | JMJ | meeting with co-counsel to prepare for hearing on motion to strike; review legal authorities in support of same | 3.70 | 1,295.00 |
| 08/05/11 | JJH | meeting with defense counsel to discuss arguments to be presented at hearing on motion to strike; review legal authorities supporting various arguments to be presented at hearing, including attorneys' fees award, ability of the court to grant leave to amend and appellate issues | 5.20 | 2,340.00 |

<div style="text-align:center; font-size:2em">REDACTED</div>

| | | | | |
|---|---|---|---|---|
| 08/08/11 | TJG | prepare for hearing on anti-SLAPP motion; telephone conference with Messrs. Halberstadter and Reynolds re: structure of argument; attend and argue motion; office conference re: argument | 7.90 | 3,555.00 |

<div style="text-align:center; font-size:2em">REDACTED</div>

| | | | | |
|---|---|---|---|---|
| 08/08/11 | JJH | intraoffice conferences concerning arguments to be made at and results of hearing on motion to strike | 0.50 | 225.00 |
| 08/08/11 | JMJ | telephone conference with co-counsel to prepare for hearing on motion to strike; review legal authorities and outline in preparation for hearing on motion to strike; attend hearing on motion to strike | 7.50 | 2,625.00 |

<div style="text-align:center; font-size:2em">REDACTED</div>

| | | | | |
|---|---|---|---|---|
| 08/14/11 | TJG | review supplemental pleading filed by counsel for plaintiff; review and | 1.20 | 540.00 |

**EXHIBIT A**                                                                 **Page 48**

**Eisner, Kahan & Gorry, a Professional Corporation**

| | | | | |
|---|---|---|---|---|
| Voltage Pictures LLC | | | | October 27, 2011 |
| I.D. 950-03001 - TJG | | | | Invoice 26592 |
| Re: Jeffrey Sarver v. Hurt Locker LLC, et al  Insured: Hurt Locker, LLC;  Claimant: Sgt. Jeffrey S. Sarver  Claim No. 49177 | | | | Page 3 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | respond to emails re: same | | |
| 08/15/11 | JMJ | review plaintiff's supplemental brief in opposition to motion to strike; email communications with co-defense counsel re: same; review reply to same | 0.90 | 315.00 |
| | | REDACTED | | |
| 08/15/11 | JJH | review and analyze plaintiff's supplemental opposition filed after oral argument; correspondence amongst counsel discussing same and potential response; review reply filed by Boal and Bigelow | 1.00 | 450.00 |
| 08/15/11 | TJG | review emails re: supplemental brief review and revise objection | 0.70 | 315.00 |
| | | REDACTED | | |
| 09/29/11 | JJH | review plaintiff's sur-reply; intraoffice conference concerning same | 0.50 | 225.00 |
| 09/30/11 | JJH | correspondence amongst counsel concerning plaintiff's sur-reply and whether to respond to same | 0.20 | 90.00 |
| | | REDACTED | | |
| 10/04/11 | JMJ | review sur-reply filed by plaintiff in support of opposition to motion to strike complaint | 0.50 | 175.00 |
| 10/13/11 | JMJ | review order granting motion to strike | 0.50 | 175.00 |
| | | REDACTED | | |
| 10/13/11 | JJH | review court's order granting motion to dismiss; intraoffice conferences concerning same | 1.00 | 450.00 |
| 10/14/11 | JJH | correspondence amongst counsel concerning post-order strategy and requests for attorneys' fees | 0.30 | 135.00 |
| 10/17/11 | JMJ | review email communications re: attorneys' fee issues | 0.20 | 70.00 |
| 10/18/11 | JMJ | review multiple email communications re: strategy in connection with motion for attorneys' fees | 0.60 | 210.00 |
| 10/18/11 | JJH | correspondence amongst counsel regarding fees motion, meeting and conferring with plaintiff's counsel and potential for settlement; draft motion for attorneys' fees; review caselaw supporting entitlement to fees and scope of award | 1.70 | 765.00 |
| | | REDACTED | | |
| 10/19/11 | JJH | review authorities concerning scope of allowable attorneys' fees under §425.16; draft motion for attorneys' fees | 1.20 | 540.00 |

**EXHIBIT A**

Eisner, Kahan & Gorry, a Professional Corporation

| | |
|---|---|
| Voltage Pictures LLC | October 27, 2011 |
| I.D. 950-03001 - TJG | Invoice 26592 |
| Re: Jeffrey Sarver v. Hurt Locker LLC, et al  Insured: Hurt Locker, LLC;  Claimant: Sgt. Jeffrey S. Sarver  Claim No. 49177 | Page 4 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | REDACTED | | |
| 10/20/11 | JJH | correspondence amongst counsel arranging meet and confer with plaintiff's counsel; intraoffice conferences concerning issues to be raised during meet and confer; correspondence amongst counsel concerning potential walk-away settlement | 0.50 | 225.00 |
| 10/20/11 | JMJ | multiple email communications re: conference of counsel concerning attorneys' fee award | 0.20 | 70.00 |
| | | REDACTED | | |
| 10/21/11 | JJH | intraoffice conferences concerning meet and confer with plaintiff's counsel and preparation of motion for attorneys' fees | 0.20 | 90.00 |
| 10/21/11 | JMJ | telephonic meet and confer with plaintiff's counsel re: motion for attorneys' fees | 0.40 | 140.00 |
| 10/24/11 | JMJ | email to co-defense counsel re: conference of counsel re: award of attorneys' fees; email from plaintiff's counsel re: same | 0.30 | 105.00 |
| | | REDACTED | | |
| 10/25/11 | JMJ | multiple email communications re: offer to waive attorneys' fees and related issues; review draft motion for attorneys' fees prepared by co-defense counsel | 0.60 | 210.00 |
| 10/25/11 | TJG | review attorney fees motion; revise same; review and respond to correspondence from Mr. Reynolds re: fee motion; review and respond to emails from Mr. Halberstadter re: same, discussions with Mr. Weglarz | 2.60 | 1,170.00 |
| 10/26/11 | JMJ | office conference re: motion for attorneys' fees; email to co-defense counsel re: same; review and edit motion for attorneys' fees | 1.00 | 350.00 |
| 10/26/11 | JJH | review correspondence with plaintiff's counsel concerning settlement offer; draft motion for attorneys' fees; draft declaration of Timothy J. Gorry; intraoffice conferences concerning motion | 5.20 | 2,340.00 |

| | | | | |
|---|---|---|---|---|
| | | **Total Fees** | | REDACTED |

| **Fee Recap** | | | |
|---|---|---|---|
| | Hours | Rate/Hour | Amount |
| REDACTED | | | |

| | |
|---|---|
| **EXHIBIT A** | **Page 50** |

**Eisner, Kahan & Gorry, a Professional Corporation**

Voltage Pictures LLC
I.D. 950-03001 - TJG
Re: Jeffrey Sarver v. Hurt Locker LLC, et al  Insured: Hurt Locker, LLC;  Claimant: Sgt.
Jeffrey S. Sarver  Claim No. 49177

October 27, 2011
Invoice  26592
Page 5

REDACTED

Disbursements

REDACTED

**EXHIBIT A**                                                                     **Page 51**

## Eisner, Kahan & Gorry, a Professional Corporation

| | |
|---|---|
| Voltage Pictures LLC | October 27, 2011 |
| I.D. 950-03001 - TJG | Invoice 26592 |
| Re: Jeffrey Sarver v. Hurt Locker LLC, et al  Insured: Hurt Locker, LLC;  Claimant: Sgt. Jeffrey S. Sarver  Claim No. 49177 | Page 6 |

REDACTED

Previous Balance

Payments

Balance Forward

**Total Fees & Disbursements**

**Total Current Charges**

## **R E M I T T A N C E   C O P Y**

**Total Due on this invoice**          REDACTED

**Please Remit Payment To:**

**9601 Wilshire Boulevard, Suite 700**
**Beverly Hills, CA 90210**

**T: 310.855.3200    F: 310.855.3201**
**Federal Tax ID:** REDACTED

**WIRE INSTRUCTIONS:**
**Bank Name:**                   REDACTED
**Account Name:  Eisner, Kahan & Gorry, a Professional Corporation**
**Account Number:** REDACTED
**Routing Number:** REDACTED
**Swift Code:** REDACTED

**EXHIBIT A**                                                     **Page 52**