# EXHIBIT "1"



# Katten
**Katten Muchin Rosenman LLP**

Direct Billing Inquiries to:

2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

January 13, 2011

Russell Hickey, Senior Claims Specialist
AXIS Insurance
2300 Main Street, Suite 800
Kansas City, MO 64108

Invoice No. 1300817066
Client No. 337675

Re:   **SUMMIT ADV SARVER** Firm Matter No. (00008)

For legal services rendered through December 31, 2010........................

Disbursements ....................................................................................

**CURRENT INVOICE CHARGES:**

**REDACTED** Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected to be governed by the Illinois Uniform Partnership Act (1997).

Russell Hickey, Senior Claims Specialist
SUMMIT ADV SARVER
Invoice No. 1300817066

337675.00008

## PROFESSIONAL SERVICES

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 12/02/10 | Halberstadter, David | | |
| 12/03/10 | Halberstadter, David | | |
| 12/03/10 | Wu, Sally | | |
| 12/06/10 | Halberstadter, David | | |
| 12/07/10 | Halberstadter, David | Prepare for and attend conference call with all defense counsel to discuss strategies regarding anti-SLAPP motion, | |
| 12/07/10 | Wu, Sally | Attend meeting re: strategy for responsive pleadings. | 0.60 |
| 12/08/10 | Halberstadter, David | Begin review of legal research and arguments in support of anti-SLAPP motion to strike (1.9); begin outlining portions of motion (1.6) | 3.50 |
| 12/09/10 | Halberstadter, David | | |
| 12/10/10 | Halberstadter, David | | |
| 12/13/10 | Halberstadter, David | | |
| 12/15/10 | Halberstadter, David | | |

# REDACTED

Russell Hickey, Senior Claims Specialist                           337675.00008
SUMMIT ADV SARVER
Invoice No. 1300817066

## PROFESSIONAL SERVICES

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 12/16/10 | Halberstadter, David | | |
| 12/17/10 | Halberstadter, David | | |
| 12/20/10 | Greer, Steven M. | | |
| 12/20/10 | Halberstadter, David | | |
| 12/20/10 | Wu, Sally | | |
| 12/21/10 | Halberstadter, David | | |
| 12/22/10 | Halberstadter, David | | 2.80 |
| | | ; begin review of co-Defendants' draft portion of anti-SLAPP motion (.8); review miscellaneous judicial decisions regarding application of anti-SLAPP motions to federal court litigation (.9) | |
| 12/23/10 | Halberstadter, David | Draft Summit portions of anti-SLAPP motion | 3.40 |
| 12/27/10 | Halberstadter, David | Draft and revise proposed anti-SLAPP motion to strike (4.2); emails to and from T. Gorry, J. Hill, regarding various legal issues pertaining to same (.5) | 4.70 |

REDACTED

Russell Hickey, Senior Claims Specialist                                                337675.00008
SUMMIT ADV SARVER
Invoice No. 1300817066

## PROFESSIONAL SERVICES

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 12/28/10 | Halberstadter, David | Draft and revise proposed anti-SLAPP motion to strike (3.3); emails to and from T. Gorry, J. Hill, regarding various legal issues pertaining to same (.4); | 4.40 |
| 12/29/10 | Halberstadter, David | Draft and revise proposed anti-SLAPP motion to strike (5.6); emails to and from T. Gorry, J. Hill, regarding same (.3) | 5.90 |

**Hours:**

## SUMMARY OF PROFESSIONAL SERVICES

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 04419 | Greer, Steven M. | | | |
| 32982 | Halberstadter, David | | 450.00 | |
| 42112 | Wu, Sally | | 375.00 | |
| | **Current Fees for Matter 00008:** | | | |



Russell Hickey, Senior Claims Specialist
SUMMIT ADV SARVER
Invoice No. 1300817066

337675.00008

## DISBURSEMENTS

| Date | Description | Amount |
|------|-------------|-------:|
| 12/14/10 | VENDOR: Pacer Service Center; INVOICE#: KM3277-NOV-NY; DATE: 12/14/2010 - Account No. KM3277; Pacer Database Research for the period 11/01/10-11/30/10 for the New York office; 11/11/10 | 0.08 |
| 12/31/10 | Westlaw Legal Research: HALBERSTADTER,DAVID on 12/09/2010 | 63.08 |
| 12/31/10 | Westlaw Legal Research: HALBERSTADTER,DAVID on 12/28/2010 | 87.09 |
| 12/31/10 | Westlaw Legal Research: HALBERSTADTER,DAVID on 12/29/2010 | 259.95 |
| 12/31/10 | Westlaw Legal Research: HALBERSTADTER,DAVID on 12/31/2010 | 311.81 |
| 12/31/10 | Westlaw Legal Research: HALBERSTADTER,DAVID on 12/27/2010 | 338.02 |
| | **Current Disbursements for Matter 00008:** | **$1,060.03** |

## SUMMARY OF DISBURSEMENTS

| Description | Amount |
|------------|-------:|
| Lexis/Westlaw | $1,059.95 |
| Legal Research | $0.08 |
| **Current Disbursements for Matter 00008:** | **$1,060.03** |

## REMITTANCE

**Please include this remittance advice with your payment to ensure proper account crediting**

| | | |
|---|---|---|
| **Attorney:** | 32982 | David Halberstadter |
| **Client:** | 337675 | Russell Hickey, Senior Claims Specialist |
| **Matter:** | 00008 | SUMMIT ADV SARVER |

Invoice No.:        1300817066          Invoice Date:     01/13/11

**Current Invoice Charges:**

**Total Now Due:** _____

TOTAL AMOUNT ENCLOSED:

**Mailing Address:**

**Katten Muchin Rosenman LLP**
**2029 Century Park East, Suite 2600**
**Los Angeles, CA 90067-3012**

**Wiring Instructions:**

**When wiring a payment please fax a copy of the Remittance to**

**Please direct any billing inquiries to**

REDACTED



**Katten**
Katten Muchin Rosenman LLP

*Direct Billing Inquiries to:*

2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

February 23, 2011

Russell Hickey, Senior Claims Specialist
AXIS Insurance
2300 Main Street, Suite 800
Kansas City, MO 64108

Invoice No. 1300824800
Client No. 337675

Re:    **SUMMIT ADV SARVER** Firm Matter No. (00008)

        For legal services rendered through January 31, 2011 ...........................

        Disbursements .................................................................................

                           **CURRENT INVOICE CHARGES:**

        **PRIOR UNPAID BALANCE (See Remittance Page for Detail):**

                                **TOTAL BALANCE DUE:**

Disbursements and other charges incurred which have not yet been posted
as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act  (1997).

REDACTED

Russell Hickey, Senior Claims Specialist
SUMMIT ADV SARVER
Invoice No. 1300824800

337675.00008

## PROFESSIONAL SERVICES

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 01/03/11 | Halberstadter, David | Miscellaneous emails from and to J. Hill regarding anti-SLAPP motion (0.5); emails to and from S. Wu regarding same (0.2) | 0.70 |
| 01/03/11 | Wu, Sally | Verify all citations in anti-SLAPP motion to confirm that the cases are good law. | 1.90 |
| 01/04/11 | Halberstadter, David | Review and prepare further revisions to anti-SLAPP motion as revised by J. Hill (3.2); emails to and from J. Hill regarding same and regarding various timing and strategy issues (0.4) | 3.60 |
| 01/05/11 | Halberstadter, David | Draft request for judicial notice in support of anti-SLAPP motion, notice of joinder in anti-SLAPP motion to be filed by The Hurt Locker, LLC, and memorandum of points and authorities and declarations supporting Summit's separate arguments in favor of anti-SLAPP motion (4.8); miscellaneous emails to and from J. Hill regarding anti-SLAPP motion strategy issues (including                              (0.4) | 5.20 |
| 01/06/11 | Halberstadter, David | | |
| 01/10/11 | Halberstadter, David | Telephone call to ..        regarding potential declaration to support anti-SLAPP motion | 0.50 |
| 01/11/11 | Halberstadter, David | | |
| 01/19/11 | Halberstadter, David | Prepare for and attend Conference call with J. Hill and J. Joseph regarding strategy and logistics for filing anti-SLAPP motion | 1.20 |
| 01/20/11 | Halberstadter, David | Telephone call to         regarding comments on and revisions to anti-SLAPP motion and Summit's notice of joinder, issue pertaining to Summit supporting declaration and proposed | 1.70 |

REDACTED

2

Russell Hickey, Senior Claims Specialist

337675.00008

SUMMIT ADV SARVER

Invoice No. 1300824800

### PROFESSIONAL SERVICES

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| | | declarant, denial of NJ reconsideration motion filing of anti-SLAPP motion (0.9); revise draft declaration for new proposed declarant and emails to and from regarding same (0.8) | |
| 01/21/11 | Halberstadter, David | Email to J. Hill, J. Joseph with Summit's proposed revisions to anti-SLAPP motion and regarding various logistical issues in connection with filing of same | 0.70 |
| 01/21/11 | Wu, Sally | Contact client re: evidence needed for anti-SLAPP motion (.2): | 0.40 |
| 01/25/11 | Halberstadter, David | Review time records for fees incurred in connection with anti-SLAPP motion(1.2); revise Notice of Joinder and DH declaration to include same(.20); emails to and from regarding status of execution of Cassidy Declaration(.10) | 1.50 |
| 01/27/11 | Halberstadter, David | Review email from J. Hill with final anti-SLAPP motion (0.2); review motion, including final revisions by J. Hill (1.1) | 1.30 |
| 01/28/11 | Halberstadter, David | Legal research regarding potential additional cases to cite regarding (0.7); emails to and from J. Hill regarding additional revisions to brief, including further changes to (0.8); review draft T. Gorry declaration regarding attorneys' fees and revise DH declaration (0.5) | 2.00 |
| 01/28/11 | Wu, Sally | Contact co-counsel re: documents needed for anti-SLAPP motion (.2) Review strategy for anti-SLAPP motion (.2) | 0.40 |
| 01/31/11 | Halberstadter, David | Finalize Notice of Joinder and supporting declarations (0.7); miscellaneous emails to and from J. Hill regarding timing of filing, Playboy motion, Rule 26 status, miscellaneous strategy matters (0.7) | 1.40 |
| | | **Hours:** | **25.10** |



Russell Hickey, Senior Claims Specialist                              337675.00008
SUMMIT ADV SARVER
Invoice No. 1300824800

## SUMMARY OF PROFESSIONAL SERVICES

| | Attorney or Assistant | Hours | Rate | Amount |
|---|---|---|---|---|
| 32982 | Halberstadter, David | | 450.00 | |
| 42112 | Wu, Sally | | 375.00 | |
| | **Current Fees for Matter 00008:** | | | |



4

Russell Hickey, Senior Claims Specialist
SUMMIT ADV SARVER
Invoice No. 1300824800

337675.00008

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 01/12/11 | VENDOR: Pacer Service Center; INVOICE#: KM3280-NOV-LAX-A; DATE: 1/12/2011  -  Account No. KM3280; Pacer Database Research for the period 12/01/10-12/31/10; Los Angeles office | 5.76 |
| 01/13/11 | VENDOR: Pacer Service Center; INVOICE#: KM3277-DEC-NY; DATE: 12/31/2010  -  Account No. KM3277; Pacer Database Research for the period 12/01/10-12/31/10 | 3.20 |
| 01/13/11 | VENDOR: Pacer Service Center; INVOICE#: KM3280-NOV-LAX-B; DATE: 11/30/2010  -  Account No. KM3280; Pacer Database Research for the period 11/01/10-11/30/10; Los Angeles office | 3.60 |
| 01/31/11 | Westlaw Legal Research: HALBERSTADTER,DAVID on 01/01/2011 | 26.93 |
| 01/31/11 | Westlaw Legal Research: HALBERSTADTER,DAVID on 01/28/2011 | 33.70 |
| 01/31/11 | Westlaw Legal Research: WU,SALLY on 01/03/2011 | 218.29 |
| | **Current Disbursements for Matter 00008:** | **$300.80** |

### SUMMARY OF DISBURSEMENTS

| Description | Amount |
|---|---|
| Lexis/Westlaw | $278.92 |
| Legal Research | $12.56 |
| **Current Disbursements for Matter 00008:** | **$300.80** |

REDACTED

## REMITTANCE

**Please include this remittance advice with your payment to ensure proper account crediting**

| | | | |
|---|---|---|---|
| **Attorney:** | 32982 | | David Halberstadter |
| **Client:** | 337675 | | Russell Hickey, Senior Claims Specialist |
| **Matter:** | 00008 | | SUMMIT ADV SARVER |

| | | | | |
|---|---|---|---|---|
| Invoice No.: | 1300824800 | | Invoice Date: | 02/23/11 |

**Current Invoice Charges:**

**PREVIOUS BALANCE DUE:**

| Inv Date | Invoice # | Invoice Amt | Previous Payments / Adjustments | Balance | Current Payment |
|---|---|---|---|---|---|
| 01/13/11 | 1300817066 | | | | |

**Total Now Due:** _____

TOTAL AMOUNT ENCLOSED:

**Mailing Address:**
**Katten Muchin Rosenman LLP**
**2029 Century Park East, Suite 2600**
**Los Angeles, CA 90067-3012**





# Katten

Katten Muchin Rosenman LLP

*Direct Billing Inquiries to:*

2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

March 22, 2011

Russell Hickey, Senior Claims Specialist

AXIS Insurance

2300 Main Street, Suite 800

Kansas City, MO 64108

Invoice No. 1300832097

Client No. 337675

---

**Re:**   **SUMMIT ADV SARVER** Firm Matter No. (00008)

For legal services rendered through February 28, 2011 ..........................

Disbursements ...................................................................................

**CURRENT INVOICE CHARGES:**

**PRIOR UNPAID BALANCE (See Remittance Page for Detail):**

**TOTAL BALANCE DUE:**

# REDACTED

Disbursements and other charges incurred which have not yet been posted
as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).

Russell Hickey, Senior Claims Specialist                                     337675.00008
SUMMIT ADV SARVER
Invoice No. 1300832097

**PROFESSIONAL SERVICES**

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 02/01/11 | Halberstadter, David | | |
| 02/03/11 | Wu, Sally | | |
| 02/04/11 | Halberstadter, David | | |
| 02/04/11 | Wu, Sally | | |
| 02/07/11 | Halberstadter, David | | |
| 02/08/11 | Halberstadter, David | | |
| 02/08/11 | Wu, Sally | | |
| 02/09/11 | Halberstadter, David | | |

REDACTED

2

Russell Hickey, Senior Claims Specialist                                337675.00008
SUMMIT ADV SARVER
Invoice No. 1300832097

**PROFESSIONAL SERVICES**

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 02/09/11 | Wu, Sally | | |
| 02/10/11 | Halberstadter, David | Review and reply to email from T. Weglarz regarding denial of continuance request (0.3); review ex parte application for continuance of hearing (0.8); miscellaneous emails among co-counsel regarding opposition strategy and arguments/evidence to include in opposition, including<br><br>SLAPP motions (1.3) | 2.40 |
| 02/11/11 | Halberstadter, David | Γ<br><br>review and revise Summit notice of joinder (0.3); email to clients with status update (0.3) | |
| 02/14/11 | Halberstadter, David | Review and analyze reply brief in support of ex parte continuance of hearing date and supporting evidence (0.8); review court order continuing hearing date and email to clients regarding new court deadlines (0.4); | |
| 02/15/11 | Halberstadter, David | | |
| 02/17/11 | Halberstadter, David | | |
| 02/18/11 | Halberstadter, David | | |
| 02/23/11 | Halberstadter, David | | |



3

Russell Hickey, Senior Claims Specialist                                    337675.00008
SUMMIT ADV SARVER
Invoice No. 1300832097

### PROFESSIONAL SERVICES

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 02/24/11 | Halberstadter, David | | |
| 02/24/11 | Halberstadter, David | | |
| 02/25/11 | Halberstadter, David | | |

### SUMMARY OF PROFESSIONAL SERVICES

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 32982 | Halberstadter, David | | 450.00 | |
| 42112 | Wu, Sally | | 375.00 | |
| | **Current Fees for Matter 00008:** | | | |

REDACTED

Russell Hickey, Senior Claims Specialist
SUMMIT ADV SARVER
Invoice No. 1300832097

337675.00008

## DISBURSEMENTS

| Date | Description | Amount |
|------|-------------|--------|
| 02/11/11 | VENDOR: Federal Express  LA INVOICE#: 738426999 DATE: 2/4/2011 | 9.99 |
| | From: Sally Wu To: Jackie M. Joseph Eisner, Frank & Kahan 9601 Wilshire Blvd Ste 700,BEVERLY HILLS CA,90210 US: On: 1/28/2011; Tracking ID: 796708123915 | |
| 02/11/11 | VENDOR: Federal Express  LA INVOICE#: 738426999 DATE: 2/4/2011 | 10.28 |
| | From: D. Halberstadter To: Chambers of Judge Jacqueline H 255 E TEMPLE ST STE 181-L,LOS ANGELES CA,90012 US: On: 2/1/2011; Tracking ID: 874241930279 | |
| 02/15/11 | VENDOR: Pacer Service Center; INVOICE#: KM3277-013111-NY; DATE: 2/15/2011  -  Account No. KM3277; Pacer Database Research charges for the period 1/01/2011-1/31/2011; New York | 0.32 |
| 02/16/11 | Photocopies for 02/01/2011 | 20.40 |
| 02/16/11 | Photocopies for 02/02/2011 | 0.90 |
| 02/28/11 | Westlaw Legal Research: WU,SALLY on 02/03/2011 | 13.32 |
| 02/28/11 | Westlaw Legal Research: HALBERSTADTER,DAVID on 02/09/2011 | 82.81 |
| 02/28/11 | Westlaw Legal Research: WU,SALLY on 02/04/2011 | 201.15 |
| 02/28/11 | Westlaw Legal Research: WU,SALLY on 02/09/2011 | 254.14 |
| 02/28/11 | Westlaw Legal Research: WU,SALLY on 02/03/2011 | 330.00 |
| | **Current Disbursements for Matter 00008:** | **$923.31** |

## SUMMARY OF DISBURSEMENTS

| Description | Amount |
|------------|--------|
| Courier | $20.27 |
| Photocopy Costs (142 @ 0.15) | $21.30 |
| Lexis/Westlaw | $881.42 |
| Legal Research | $0.32 |
| **Current Disbursements for Matter 00008:** | **$923.31** |

## REMITTANCE

**Please include this remittance advice with your payment to ensure proper account crediting**

| | | | |
|---|---|---|---|
| **Attorney:** | 32982 | David Halberstadter | |
| **Client:** | 337675 | Russell Hickey, Senior Claims Specialist | |
| **Matter:** | 00008 | SUMMIT ADV SARVER | |

Invoice No.:     1300832097          Invoice Date:     03/22/11

**Current Invoice Charges:**

**PREVIOUS BALANCE DUE:**

| Inv Date | Invoice # | Invoice Amt | Previous Payments / Adjustments | Balance | Current Payment |
|---|---|---|---|---|---|
| 02/23/11 | 1300824800 | | | | |

**Total Now Due:**

| TOTAL AMOUNT ENCLOSED: |
|---|

**Mailing Address:**
**Katten Muchin Rosenman LLP**
**2029 Century Park East, Suite 2600**
**Los Angeles, CA 90067-3012**





# Katten
### Katten Muchin Rosenman LLP

Direct Billing Inquiries to:

2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

April 15, 2011

Russell Hickey, Senior Claims Specialist
AXIS Insurance
2300 Main Street, Suite 800
Kansas City, MO 64108

Invoice No. 1300838277
Client No. 337675

---

**Re:**   **SUMMIT ADV SARVER** Firm Matter No. (00008)

For legal services rendered through March 31, 2011 .............................

Disbursements ...................................................................................

**CURRENT INVOICE CHARGES:**

**PRIOR UNPAID BALANCE (See Remittance Page for Detail):**

**TOTAL BALANCE DUE:**



Disbursements and other charges incurred which have not yet been posted
as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).

Russell Hickey, Senior Claims Specialist                    337675.00008
SUMMIT ADV SARVER
Invoice No. 1300838277

**PROFESSIONAL SERVICES**

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 03/01/11 | Halberstadter, David | Review draft anti-SLAPP motion proposed to be filed by M. Boal and K. Bigelow (0.5); emails to and from co-counsel regarding comments and recommended revisions to same (0.4) | |
| 03/01/11 | Wu, Sally | Verify relevant pleading dates related to anti-SLAPP motion. | 0.10 |
| 03/02/11 | Halberstadter, David | Emails to and from co-counsel regarding anticipation of and drafting responsive arguments to various issues ... anti-SLAPP motion (0.8): | 1.80 |
| 03/03/11 | Halberstadter, David | review email and attached appellate decision from J. Reynolds regarding anti-SLAPP motions and . (0.5) | |
| 03/03/11 | Wu, Sally | | |
| 03/04/11 | Halberstadter, David | | |
| 03/04/11 | Wu, Sally | | |
| 03/07/11 | Halberstadter, David | | |

**REDACTED**

2

Russell Hickey, Senior Claims Specialist          337675.00008
SUMMIT ADV SARVER
Invoice No. 1300838277

### PROFESSIONAL SERVICES

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 03/07/11 | Wu, Sally | | |
| 03/08/11 | Halberstadter, David | | |
| 03/11/11 | Halberstadter, David | | |
| 03/15/11 | Halberstadter, David | Review opposition to anti-SLAPP motion and supporting evidence filed by Sarver (2.5); begin outlining potential reply arguments (0.8); strategize with S. Wu regarding legal research, division of labor in drafting reply sections, evidentiary objections, notice of joinder (0.6) | 3.90 |
| 03/15/11 | Wu, Sally | Strategy re: response to Plaintiff's opposition to motion to strike (1.4) review opposition and supporting declarations (2.8) review case law cited in opposition (1.2) | 5.40 |
| 03/16/11 | Halberstadter, David | Prepare for and attend conference call with counsel for co-Defendants, S. Wu, regarding strategy and division of responsibility for reply briefs and related court filings (0.8); outline potential evidentiary objections and reply arguments (1.7); draft notice of joinder by Summit in Hurt Locker Defendants' reply, including reply arguments specific to Summit (3.3); | 7.80 |
| 03/16/11 | Wu, Sally | Draft objections to declarations (2.9) draft analysis of deficiencies in plaintiff's opposition to motion to strike (1.8) | 4.70 |
| 03/17/11 | Halberstadter, David | Drafting and revision of reply briefs and related court filings and miscellaneous emails and other communications among co-counsel regarding same | 4.70 |
| 03/17/11 | Wu, Sally | Research recent case law re: (.7) draft reply in support of motion to strike (4.9) | 5.60 |

**REDACTED**

3

Russell Hickey, Senior Claims Specialist
SUMMIT ADV SARVER
Invoice No. 1300838277

337675.00008

### PROFESSIONAL SERVICES

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 03/18/11 | Halberstadter, David | Drafting and revision of reply briefs and related court filings (5.6); miscellaneous emails and other communications among co-counsel regarding same (1.2) | 6.80 |
| 03/18/11 | Wu, Sally | Revise objections to Sarver declaration. | 0.50 |
| 03/19/11 | Halberstadter, David | Review and draft proposed comments and revisions to portions of reply brief drafted by Hurt Locker counsel | 1.80 |
| 03/20/11 | Halberstadter, David | Prepare comments and proposed revisions to portions of reply brief drafted by Hurt Locker Defendants' counsel (0.9); emails to and from counsel regarding same (0.3) | 1.20 |
| 03/21/11 | Halberstadter, David | Review and propose revisions to reply brief to be filed by Hurt Locker defendants (1.2); review and propose revisions to reply brief to be filed by Boal, Bigelow (0.9); review supplemental declaration filed by plaintiff in opposition to anti-SLAPP motion and review and revise proposed objections to same (0.7); finalize Summit's notice of joinder and separate reply arguments (0.6) | 3.40 |
| 03/21/11 | Wu, Sally | Revise objections to declarations (.7) review plaintiff's new, untimely filed declaration (.2) draft objections to new, untimely declaration (.9) prepare notice of joinder for filing (.6) review local rules re: courtesy copies to judge (.2) | 2.60 |
| 03/23/11 | Halberstadter, David | | |
| 03/28/11 | Halberstadter, David | Review court's minute order taking anti-SLAPP motions off calendar (0.2); | 0.40 |
| 03/29/11 | Halberstadter, David | Review and analyze Sarver objections to Boal declaration | 0.60 |
| 03/29/11 | Halberstadter, David | Strategize among co-counsel regarding responding to (or objecting to) belated filings by Plaintiff (0.4); | 2.20 |

**REDACTED**

4

Russell Hickey, Senior Claims Specialist
SUMMIT ADV SARVER
Invoice No. 1300838277

337675.00008

### PROFESSIONAL SERVICES

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 03/30/11 | Halberstadter, David | Review additional court filing by Sarver (responding to objections to Sarver declaration) and strategize among co-counsel regarding same (0.3) | 0.80 |
| 03/30/11 | Wu, Sally | | |
| 03/31/11 | Halberstadter, David | | |
| 03/31/11 | Wu, Sally | | |

Hours:

### SUMMARY OF PROFESSIONAL SERVICES

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 32982 | Halberstadter, David | | 450.00 | |
| 42112 | Wu, Sally | | 375.00 | |
| | Current Fees for Matter 00008: | | | |

REDACTED

Russell Hickey, Senior Claims Specialist
SUMMIT ADV SARVER
Invoice No. 1300838277

337675.00008

## DISBURSEMENTS

| Date | Description | Amount |
|------|-------------|--------|
| 03/15/11 | VENDOR: Pacer Service Center; INVOICE#: KM3280-FEB-LA; DATE: 3/15/2011 - Account No. KM3280; Pacer Database Research for the period 2/01/11-2/28/11; Los Angeles office; | 30.72 |
| 03/31/11 | Westlaw Legal Research: HALBERSTADTER,DAVID on 03/25/2011 | 21.91 |
| 03/31/11 | Westlaw Legal Research: HALBERSTADTER,DAVID on 03/18/2011 | 43.43 |
| 03/31/11 | Westlaw Legal Research: HALBERSTADTER,DAVID on 03/24/2011 | 171.71 |
| 03/31/11 | Westlaw Legal Research: WU,SALLY on 03/07/2011 | 18.22 |
| 03/31/11 | Westlaw Legal Research: WU,SALLY on 03/18/2011 | 35.59 |
| 03/31/11 | Westlaw Legal Research: WU,SALLY on 03/17/2011 | 115.33 |
| 03/31/11 | Westlaw Legal Research: WU,SALLY on 03/16/2011 | 136.35 |
| 03/31/11 | Westlaw Legal Research: WU,SALLY on 03/15/2011 | 674.35 |

**Current Disbursements for Matter 00008:**    **$1,247.61**

## SUMMARY OF DISBURSEMENTS

| Description | Amount |
|------------|--------|
| Legal Research | $1,216.89 |
| Legal Research | $30.72 |

**Current Disbursements for Matter 00008:**    **$1,247.61**

## REMITTANCE

**Please include this remittance advice with your payment to ensure proper account crediting**

| | | | |
|---|---|---|---|
| **Attorney:** | 32982 | | David Halberstadter |
| **Client:** | 337675 | | Russell Hickey, Senior Claims Specialist |
| **Matter:** | 00008 | | SUMMIT·ADV SARVER |

| | | | |
|---|---|---|---|
| Invoice No.: | 1300838277 | Invoice Date: | 04/15/11 |

**Current Invoice Charges:**

**PREVIOUS BALANCE DUE:**

| Inv Date | Invoice # | Invoice Amt | Previous Payments / Adjustments | Balance | Current Payment |
|---|---|---|---|---|---|
| 02/23/11 | 1300824800 | | | | |
| 03/22/11 | 1300832097 | | | | |

**Total Now Due:** _____

| TOTAL AMOUNT ENCLOSED: |
|---|

**Mailing Address:**
**Katten Muchin Rosenman LLP**
**2029 Century Park East, Suite 2600**
**Los Angeles, CA 90067-3012**

REDACTED



**Katten**

Katten Muchin Rosenman LLP

*Direct Billing Inquiries to:*

2029 Century Park East
Suite 2600
Los Angeles, CA  90067-3012

May 23, 2011

Russell Hickey, Senior Claims Specialist
AXIS Insurance
2300 Main Street, Suite 800
Kansas City, MO 64108

Invoice No. 1300847802
Client No. 337675

Re:   **SUMMIT ADV SARVER** Firm Matter No. (00008)

For legal services rendered through April 30, 2011 ...............................

Disbursements ....................................................................................

**CURRENT INVOICE CHARGES:**

**PRIOR UNPAID BALANCE (See Remittance Page for Detail):**

**TOTAL BALANCE DUE:**

**REDACTED**

Disbursements and other charges incurred which have not yet been posted
as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act  (1997).

Russell Hickey, Senior Claims Specialist
SUMMIT ADV SARVER
Invoice No. 1300847802

337675.00008

## PROFESSIONAL SERVICES

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 04/04/11 | Wu, Sally | | |
| 04/05/11 | Halberstadter, David | | |
| | | Hours: | |

## SUMMARY OF PROFESSIONAL SERVICES

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 32982 | Halberstadter, David | | 450.00 | |
| 42112 | Wu, Sally | | 375.00 | |
| | Current Fees for Matter 00008: | | | |



2

Russell Hickey, Senior Claims Specialist
SUMMIT ADV SARVER
Invoice No. 1300847802

337675.00008

## DISBURSEMENTS

| Date | Description | Amount |
|------|-------------|--------|
| 04/12/11 | VENDOR: First Legal Network, LLC; INVOICE#: 140747; DATE: 3/15/2011 - Messenger from S. Wu to USDC-Los Angeles on 3/08/2011 | 23.25 |
| 04/12/11 | VENDOR: Pacer Service Center; INVOICE#: KM3280-MAR-LA; DATE: 4/12/2011 - Account No. KM3280; Pacer Database Research for the period 3/01/2011-3/31/2011 for the LA office; | 58.56 |
| 04/20/11 | VENDOR: First Legal Network, LLC; INVOICE#: 140817; DATE: 3/31/2011 - Messenger from S. Wu to USDC-Los Angeles on 3/22/11 | 34.50 |

**Current Disbursements for Matter 00008:**   **$116.31**

### SUMMARY OF DISBURSEMENTS

| Description | Amount |
|-------------|--------|
| Local Courier | $57.75 |
| Legal Research | $58.56 |

**Current Disbursements for Matter 00008:**   **$116.31**

3

## REMITTANCE

**Please include this remittance advice with your payment to ensure proper account crediting**

| | | |
|---|---|---|
| **Attorney:** | 32982 | David Halberstadter |
| **Client:** | 337675 | Russell Hickey, Senior Claims Specialist |
| **Matter:** | 00008 | SUMMIT ADV SARVER |

Invoice No.:          1300847802          Invoice Date:     05/23/11

**Current Invoice Charges:**

**PREVIOUS BALANCE DUE:**

| Inv Date | Invoice # | Invoice Amt | Previous Payments / Adjustments | Balance | Current Payment |
|---|---|---|---|---|---|
| 02/23/11 | 1300824800 | | | | |
| 03/22/11 | 1300832097 | | | | |
| 04/15/11 | 1300838277 | | | | |

**Total Now Due:**

| TOTAL AMOUNT ENCLOSED: |
|---|

**Mailing Address:**
**Katten Muchin Rosenman LLP**
**2029 Century Park East, Suite 2600**
**Los Angeles, CA 90067-3012**





# Katten
### Katten Muchin Rosenman LLP

Direct Billing Inquiries to:

2029 Century Park East
Suite 2600
Los Angeles, CA  90067-3012

August 16, 2011

Russell Hickey, Senior Claims Specialist
AXIS Insurance
2300 Main Street, Suite 800
Kansas City, MO 64108

Invoice No. 1300870125
Client No. 337675

---

Re:    **SUMMIT ADV SARVER** Firm Matter No. (00008)

For legal services rendered through July 31, 2011..................................

Disbursements ......................................................................................

**CURRENT INVOICE CHARGES:**

**PRIOR UNPAID BALANCE (See Remittance Page for Detail):**

**TOTAL BALANCE DUE:**

**REDACTED** rsements and other charges incurred which have not yet been posted
as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act  (1997).

Russell Hickey, Senior Claims Specialist                                    337675.00008
SUMMIT ADV SARVER
Invoice No. 1300870125

## PROFESSIONAL SERVICES

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 07/22/11 | Halberstadter, David | Review court order setting hearing on anti-SLAPP motions (0.2); emails to and from regarding same and regarding division of argument and preparation for same (0.5); begin assembling materials for oral argument preparation (0.5) | 1.20 |
| 07/25/11 | Halberstadter, David | Miscellaneous emails among counsel regarding request by Sarver's counsel to postpone hearing on anti-SLAPP motion | 0.20 |
| 07/25/11 | Wu, Sally | Review order from court. | 0.10 |
| 07/27/11 | Halberstadter, David | Miscellaneous emails among counsel regarding request by Sarver's counsel to postpone hearing on anti-SLAPP motion | 0.40 |
| 07/29/11 | Halberstadter, David | Miscellaneous emails among counsel regarding request by Sarver's counsel to postpone hearing on anti-SLAPP motion | 0.30 |
| 07/29/11 | Wu, Sally | Draft emails to co-defendants' counsel re: response to plaintiff's counsel's request to continue hearing date. | 0.40 |
| | | **Hours:** | **2.60** |

## SUMMARY OF PROFESSIONAL SERVICES

| | Attorney or Assistant | Hours | Rate | Amount |
|---|----------------------|-------|------|--------|
| 32982 | Halberstadter, David | | 450.00 | |
| 42112 | Wu, Sally | | 375.00 | |
| | **Current Fees for Matter 00008:** | | | |

# REDACTED

Russell Hickey, Senior Claims Specialist
SUMMIT ADV SARVER
Invoice No. 1300870125

337675.00008

## DISBURSEMENTS

| Date | Description | Amount |
|------|-------------|--------|
| 07/11/11 | VENDOR: Pacer Service Center; INVOICE#: KM3280-LAX-JUN; DATE: 7/11/2011  -  Account No. KM3280; Pacer Database Research for the period 6/01/11-6/30/11 for the Los Angeles office | 5.52 |
| 07/12/11 | VENDOR: Pacer Service Center; INVOICE#: KM3280-LAX-JUN2011; DATE: 7/12/2011  -  Account No. KM3280; Pacer Database Research for the period 6/01/11-6/30/11 for the Los Angeles office; | 5.52 |
| | **Current Disbursements for Matter 00008:** | **$11.04** |

### SUMMARY OF DISBURSEMENTS

| Description | Amount |
|-------------|--------|
| Legal Research | $11.04 |
| **Current Disbursements for Matter 00008:** | **$11.04** |

## REMITTANCE

**Please include this remittance advice with your payment to ensure proper account crediting**

| | | | |
|---|---|---|---|
| **Attorney:** | 32982 | David Halberstadter | |
| **Client:** | 337675 | Russell Hickey, Senior Claims Specialist | |
| **Matter:** | 00008 | SUMMIT ADV SARVER | |

Invoice No.:          1300870125          Invoice Date:     08/16/11

**Current Invoice Charges:**

**PREVIOUS BALANCE DUE:**

| Inv Date | Invoice # | Invoice Amt | Previous Payments / Adjustments | Balance | Current Payment |
|---|---|---|---|---|---|
| 02/23/11 | 1300824800 | | | | |
| 03/22/11 | 1300832097 | | | | |
| 04/15/11 | 1300838277 | | | | |
| 05/23/11 | 1300847802 | | | | |

**Total Now Due:**

| TOTAL AMOUNT ENCLOSED: |
|---|

**Mailing Address:**
**Katten Muchin Rosenman LLP**
**2029 Century Park East, Suite 2600**
**Los Angeles, CA 90067-3012**

# REDACTED



# Katten
### Katten Muchin Rosenman LLP

Direct Billing Inquiries to:

2029 Century Park East
Suite 2600
Los Angeles, CA  90067-3012

September 20, 2011

Russell Hickey, Senior Claims Specialist
AXIS Insurance
2300 Main Street, Suite 800
Kansas City, MO 64108

Invoice No. 1300877510
Client No. 337675

Re:  **SUMMIT ADV SARVER** Firm Matter No. (00008)

For legal services rendered through August 31, 2011 ...........................

Disbursements .................................................................................

**CURRENT INVOICE CHARGES:**

**PRIOR UNPAID BALANCE (See Remittance Page for Detail):**

**TOTAL BALANCE DUE:**



bursements and other charges incurred which have not yet been posted
as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act  (1997).

Russell Hickey, Senior Claims Specialist                                      337675.00008
SUMMIT ADV SARVER
Invoice No. 1300877510

## PROFESSIONAL SERVICES

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 08/01/11 | Halberstadter, David | Emails to and from defense counsel regarding scheduling call to discuss hearing preparation (0.2); attend Conference call with defense counsel regarding same (0.6); Conference with S. Wu regarding argument preparation (0.2); begin review of motion papers in preparation for hearing (1.6) | 2.60 |
| 08/01/11 | Wu, Sally | Conference call re: strategy for oral argument. | 0.40 |
| 08/02/11 | Halberstadter, David | Preparation for anti-SLAPP motion hearing | 3.50 |
| 08/02/11 | Wu, Sally | Review cases to determine which to use to prepare for oral argument. | 2.20 |
| 08/03/11 | Wu, Sally | Finalize binders for anti-SLAPP motion hearing. | 0.30 |
| 08/04/11 | Halberstadter, David | Miscellaneous emails to and from co-counsel regarding status of tentative ruling and hearing preparation meeting; ongoing preparation for hearing | 1.10 |
| 08/05/11 | Halberstadter, David | Preparation for anti-SLAPP motion hearing, (1.2), miscellaneous Internet research regarding (0.8), meeting with co-counsel to discuss hearing strategy (2.0) and outlining of arguments for hearing (3.8) | 7.80 |
| 08/07/11 | Halberstadter, David | Review cases, draft and revise portions of hearing outline, miscellaneous other preparation for anti-SLAPP motion hearing | 9.50 |
| 08/08/11 | Halberstadter, David | Attend Conference call with defense counsel regarding strategy for anti-SLAPP motion hearing (0.7); final preparations for hearing (3.5); travel to and from and attend hearing (4.0) | 8.20 |
| 08/15/11 | Halberstadter, David | Review supplemental, post-hearing brief by Plaintiff (0.3); emails to and from client regarding same (0.1); Miscellaneous emails among defense counsel regarding filing a response to plaintiff's supplemental brief (0.5); review draft of proposed brief and provide comments (0.3) | 1.20 |
| 08/22/11 | Wu, Sally | Review emails from co-defendants' counsel. | 0.20 |
| | | **Hours:** | **37.00** |

Russell Hickey, Senior Claims Specialist                                337675.00008
SUMMIT ADV SARVER
Invoice No. 1300877510

### SUMMARY OF PROFESSIONAL SERVICES

| | Attorney or Assistant | Hours | Rate | Amount |
|---|---|---|---|---|
| 32982 | Halberstadter, David | | 450.00 | |
| 42112 | Wu, Sally | | 375.00 | |
| | **Current Fees for Matter 00008:** | | | |



Russell Hickey, Senior Claims Specialist
SUMMIT ADV SARVER
Invoice No. 1300877510

337675.00008

## DISBURSEMENTS

| Date | Description | Amount |
|------|-------------|--------|
| 08/08/11 | Cancellation of: VENDOR: Pacer Service Center; INVOICE#: KM3280-LAX-JUN2011; DATE: 7/12/2011 - Account No. KM3280; Pacer Database Research for the period 6/01/11-6/30/11 for the Los Angeles office; | -5.52 |
| 08/08/11 | PAYEE: Pacer Service Center; REQUEST#: 553702; DATE: 8/8/2011. - Pacer Database Research; | 1.44 |
| 08/16/11 | PAYEE: Katten Muchin Rosenman LLP; REQUEST#: 554344; DATE: 8/16/2011. 1 all day parking validation for client on 8/5/11. | 34.00 |
| 08/25/11 | VENDOR: Halberstadter, David; INVOICE#: 081611; DATE: 8/16/2011 - Expense Reimbursement Dated 08/18/11 8/8/11: Parking To Attend Hearing On Anti-SLAPP Motion In Downtown Los Angeles. | 16.00 |
| 08/31/11 | Westlaw Legal Research: WU,SALLY on 08/03/2011 (PLEASE SEE ATTACHED BACK-UP) | 335.55 |

**Current Disbursements for Matter 00008:** **$381.47**

### SUMMARY OF DISBURSEMENTS

| Description | Amount |
|------------|--------|
| Legal Research | $335.55 |
| Legal Research | $-4.08 |
| Local Transportation | $50.00 |

**Current Disbursements for Matter 00008:** **$381.47**

4

## REMITTANCE

**Please include this remittance advice with your payment to ensure proper account crediting**

| | | | |
|---|---|---|---|
| **Attorney:** | 32982 | David Halberstadter | |
| **Client:** | 337675 | Russell Hickey, Senior Claims Specialist | |
| **Matter:** | 00008 | SUMMIT ADV SARVER | |

Invoice No.:        1300877510          Invoice Date:      09/20/11

**Current Invoice Charges:**

**PREVIOUS BALANCE DUE:**

| Inv Date | Invoice # | Invoice Amt | Previous Payments / Adjustments | Balance | Current Payment |
|---|---|---|---|---|---|
| 02/23/11 | 1300824800 | | | | |
| 03/22/11 | 1300832097 | | | | |
| 04/15/11 | 1300838277 | | | | |
| 08/16/11 | 1300870125 | | | | |

Total Now Due: _____

TOTAL AMOUNT ENCLOSED:

**Mailing Address:**
**Katten Muchin Rosenman LLP**
**2029 Century Park East, Suite 2600**
**Los Angeles, CA 90067-3012**

REDACTED



# Katten

**Katten Muchin Rosenman LLP**

*Direct Billing Inquiries to:*

*2029 Century Park East*
*Suite 2600*
*Los Angeles, CA 90067-3012*

October 25, 2011

Russell Hickey, Senior Claims Specialist
AXIS Insurance
2300 Main Street, Suite 800
Kansas City, MO 64108

Invoice No. 1300885847
Client No. 337675

---

**Re:**   **SUMMIT ADV SARVER** Firm Matter No. (00008)

For legal services rendered through September 30, 2011 ......................

Disbursements ...................................................................................

**CURRENT INVOICE CHARGES:**

**PRIOR UNPAID BALANCE (See Remittance Page for Detail):**

**TOTAL BALANCE DUE:**

Disbursements and other charges incurred which have not yet been posted
as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected
to be governed by the Illinois Uniform Partnership Act (1997).



Russell Hickey, Senior Claims Specialist
SUMMIT ADV SARVER
Invoice No. 1300885847

337675.00008

### PROFESSIONAL SERVICES

| Date | Attorney or Assistant | Description | Hours |
|------|----------------------|-------------|-------|
| 09/29/11 | Halberstadter, David | Review sur-reply brief filed by Sarver (0.5); emails to and from co-counsel regarding same (0.2); emails to and from clients regarding same (0.2) | 0.90 |
| | | **Hours:** | **0.90** |

### SUMMARY OF PROFESSIONAL SERVICES

| | Attorney or Assistant | Hours | Rate | Amount |
|------|----------------------|-------|------|--------|
| 32982 | Halberstadter, David | | 450.00 | |
| | **Current Fees for Matter 00008:** | | | |



2

Russell Hickey, Senior Claims Specialist                           337675.00008
SUMMIT ADV SARVER
Invoice No. 1300885847

## DISBURSEMENTS

| Date | Description | Amount |
|------|-------------|--------|
| 09/26/11 | Westlaw Legal Research: David Halberstadter on 08/08/2011 | 6.75 |
| 09/26/11 | Westlaw Legal Research: David Halberstadter on 08/05/2011 | 170.76 |
| 09/26/11 | Westlaw Database Research; David Halberstadter 8/07/11 | 68.52 |
| | **Current Disbursements for Matter 00008:** | **$246.03** |

### SUMMARY OF DISBURSEMENTS

| Description | Amount |
|-------------|--------|
| Legal Research | $246.03 |
| **Current Disbursements for Matter 00008:** | **$246.03** |

3

**REMITTANCE**

**Please include this remittance advice with your payment to ensure proper account crediting**

| | | |
|---|---|---|
| **Attorney:** | 32982 | David Halberstadter |
| **Client:** | 337675 | Russell Hickey, Senior Claims Specialist |
| **Matter:** | 00008 | SUMMIT ADV SARVER |

Invoice No.:      1300885847           Invoice Date:    10/25/11

**Current Invoice Charges:**

**PREVIOUS BALANCE DUE:**

| Inv Date | Invoice # | Invoice Amt | Previous Payments / Adjustments | Balance | Current Payment |
|---|---|---|---|---|---|
| 09/20/11 | 1300877510 | | | | |

Total Now Due: _____

TOTAL AMOUNT ENCLOSED:

**Mailing Address:**
**Katten Muchin Rosenman LLP**
**2029 Century Park East, Suite 2600**
**Los Angeles, CA 90067-3012**

