1  DAVID HALBERSTADTER (SBN 107033)
   david.halberstadter@kattenlaw.com
2  SALLY WU (SBN 266294)
   sally.wu@kattenlaw.com
3  KATTEN MUCHIN ROSENMAN LLP
   2029 Century Park East
4  Suite 2600
   Los Angeles, CA 90067-3012
5  Telephone:  310.788.4400
   Facsimile:  310.788.4471
6
7  Attorneys for Defendant
   SUMMIT ENTERTAINMENT, LLC

8

9           **UNITED STATES DISTRICT COURT**

10           **CENTRAL DISTRICT OF CALIFORNIA**

11 SGT. JEFFREY S. SARVER,          )  Case No.  2:10-cv-09034-JHN (JCx)
                                    )
12          Plaintiff,               )
                                    )  **[PROPOSED] ORDER GRANTING**
13          vs.                      )  **MOTION BY DEFENDANT**
                                    )  **SUMMIT ENTERTAINMENT, LLC**
14 THE HURT LOCKER, LLC;  MARK      )  **FOR AWARD OF ATTORNEYS'**
   BOAL;  KATHRYN BIGELOW;          )  **FEES**
15 GREG SHAPIRO;  NICOLAS           )
   CHARTIER;  TONY MARK;  DONALL    )
16 MCCLUSKER;  SUMMIT               )  *Assigned to the Honorable*
   ENTERTAINMENT, LLC;  VOLTAGE     )  *Jacqueline H. Nguyen*
17 PICTURES, LLC;  GROSVENOR        )
   PARK MEDIA, LP;  FIRST LIGHT     )
18 PRODUCTIONS, INC.;  KINGSGATE    )
   FILMS, INC. and PLAYBOY          )
19 ENTERPRISES, INC., Jointly and   )
   Severally,                       )
20                                  )
            Defendants.              )
21                                  )
                                    )
22 _____  )

23
24
25
26
27
28

# **ORDER**

The Court, having considered the Motion for Attorneys' Fees filed by Defendant Summit Entertainment, LLC ("Summit"), as well as all supporting and opposing papers, and arguments with respect hereto, hereby rules as follows:

1. Summit's Motion for Attorneys' Fees pursuant to the Court's Order entered October 13, 2011, Rule 54(d) of the Federal Rules of Civil Procedure, Local Rule 54-12, and California Code of Civil Procedure §425.16(c)(2) is GRANTED.

2. Plaintiff Sgt. Jeffrey S. Sarver shall pay Summit $_____$ in attorneys' fees and $_____$ in costs incurred in defense of this action and in connection with the special motion to strike, for a total payment of $_____$.

IT IS SO ORDERED.

Dated: _____, 2011       _____
                                       Hon. Jacqueline H. Nguyen
                                       UNITED STATES DISTRICT COURT