ERIK L. JACKSON (State Bar No. 166010)
COZEN & O'CONNOR
601 S. Figueroa Street, Suite 3700
Cozen O'Connor
Los Angeles, California  90017
Telephone: (213) 892-7961
Fax: (866) 484-0947
ejackson@cozen.com

TODD J. WEGLARZ         (*pro hac vice*)
Law Offices of Todd J. Weglarz, PLLC
30903 Northwestern Highway, Suite 250
Farmington Hills, Michigan 48334
Telephone: (248) 539-9081
Fax: (248) 413-2647
tweglarz@weglarzlaw.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SGT. JEFFREY S. SARVER,<br><br>    Plaintiff,<br><br>v<br><br>THE HURT LOCKER, LLC, MARK BOAL, KATHRYN BIGELOW, GREG SHAPIRO, NICOLAS CHARTIER, TONY MARK, DONALL McCUSKER, SUMMIT ENTERTAINMENT, LLC, VOLTAGE PICTURES, LLC, GROSVENOR PARK MEDIA, LP, FIRST LIGHT PRODUCTIONS, INC., KINGSGATE FILMS, INC., and PLAYBOY ENTERPRISES, INC., Jointly and Severally,<br><br>    Defendants.<br>_____ | Case No.: 2:10-cv-09034-JHN (JCx)<br><br>**DECLARATION OF TODD J. WEGLARZ IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTIONS FOR ATTORNEY FEES** |

**DECLARATION OF TODD J. WEGLARZ IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTIONS FOR ATTORNEY FEES**

1

## DECLARATION OF TODD J. WEGLARZ

I, TODD J. WEGLARZ, declare:

1. I am an attorney at law duly licensed to practice law in the State of Michigan and have been admitted *pro hac vice* before this Court. I am owner of the law firm of Law Offices of Todd J. Weglarz, PLLC, which is the counsel of record for Plaintiff Sgt. Jeffrey S. Sarver in this action. I have personal knowledge of the matters stated below and if called on to testify I could and would testify competently thereto.

2. Attached as Exhibit A is a true and correct copy of the State Bar of California's information page for attorney Wu, showing admission to the state bar on December 1, 2009.

3. Attached as Exhibit B is a true and correct copy of an article regarding the 2009 attorney billing surveys conducted Incisive Legal, published by calattorneyfees.com, 02-13-2011.

4. Attached as Exhibit C is a true and correct copy of the *Revenue Resource Group v. Dash Dolls* Complaint, filed in California Superior Court, County of Fresno, Case No. 11CECG00058.

//
//
//
//
//
//
//
//
//

**DECLARATION OF TODD J. WEGLARZ IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTIONS FOR ATTORNEY FEES**

5. Attached as Exhibit D is a true and correct copy of the California Superior Court's May 2011 Tentative Ruling issued by Judge Jeffrey Hamilton in the matter of *Revenue Resource Group v. Dash Dolls*, granting Defendants' Anti-SLAPP Motion and awarding Defendants' attorney fees in the total amount of $6,825.00, based in part upon an hourly rate of $300 for attorney Jeremiah Reynolds (who is counsel for Defendants Boal/Bigelow herein).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on November 21, 2011, at Farmington Hills, Michigan.

                               _-/S/-_____
                                   Todd J. Weglarz

**DECLARATION OF TODD J. WEGLARZ IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTIONS FOR ATTORNEY FEES**