# THE STATE BAR OF CALIFORNIA

Sunday, November 20, 2011 | Search Calbar Site

HOME   ATTORNEYS   PUBLIC   FUTURE LAWYERS   ABOUT US



ATTORNEYS
PUBLIC
FUTURE LAWYERS
ABOUT US

**QUICKLINKS**

Consumer Information
How Can I Find and Hire the Right Lawyer?
Will Form
FAQs
State Bar Overview

Home > Public > Attorney Search > Attorney Profile

## ATTORNEY SEARCH

### Sally Wu - #266294

**Current Status: Active**

This member is active and may practice law in California.

See below for more details.

### Profile Information

*The following information is from the official records of The State Bar of California.*

| | | | |
|---|---|---|---|
| **Bar Number:** | 266294 | | |
| **Address:** | Katten Muchin Rosenman<br>2029 Century Park E Ste 2600<br>Los Angeles, CA 90067<br>Map it | **Phone Number:**<br>**Fax Number:**<br>**e-mail:** | (310) 788-4559<br>Not Available<br>sally.wu@kattenlaw.com |
| **County:** | Los Angeles | **Undergraduate School:** | Univ of California Irvine; Irvine CA |
| **District:** | District 7 | | |
| **Sections:** | Litigation<br>Intellectual Property Law | **Law School:** | USC Law School; Los Angeles CA |

### Status History

| Effective Date | Status Change |
|---|---|
| Present | Active |
| 12/1/2009 | Admitted to The State Bar of California |

Explanation of member status

### Actions Affecting Eligibility to Practice Law

Exhibit A

**Disciplinary and Related Actions**

Overview of the attorney discipline system.

This member has no public record of discipline.

**Administrative Actions**

This member has no public record of administrative actions.

Start New Search »

Contact Us | Site Map | Privacy Policy | Notices | Copyright | Accessibility | FAQ

© 2010 The State Bar of California

Exhibit A