# CALIFORNIA ATTORNEY'S FEES

**ABOUT**

Mission Statement

Contributors

Disclaimer

Contact Us

Email Me

**SEARCH THIS BLOG**

[Search this Blog]

**Categories**

Cases: Allocation
Cases: Appeal Sanctions
Cases: Appealability
Cases: Arbitration
Cases: Assignment
Cases: Bankruptcy Efforts
Cases: Billing Record Substantiation.
Cases: Cases Under Review
Cases: Celebrities
Cases: Choice of Law
Cases: Civil Rights
Cases: Class Actions
Cases: Common Fund
Cases: Consumer Statutes
Cases: Costs
Cases: Deadlines
Cases: Deeds of Trust
Cases: Discovery
Cases: Eminent Domain
Cases: Employment
Cases: Equity
Cases: Estoppel
Cases: Ethics
Cases: Experts
Cases: Family Law
Cases: Family Law Awards
Cases: Fee Clause Interpretation
Cases: Fees as Damages
Cases: Homeowner Associations
Cases: Indemnity
Cases: Insurance
Cases: Interpleader
Cases: Intervenors
Cases: Judgment Enforcement
Cases: Laffey Matrix

« In The News . . . . Different Corporate Clients May Get Different Rates For Same Type Of Work, Study Suggests, And Canada Supreme Court Chief Justice Worried That Attorney Hourly Rates May Shut Out The Middle Class | Main | In The News . . . . Adventure Writer Clive Cussler Must Be Breathing Easier »

February 13, 2011

## Reasonableness Of Fees: Two Recent Incisive Legal Intelligence Studies Show Average Billing Rates For Small And Mid-Sized Firms And Internal Costs For In-House Counsel Departments

Incisive Legal Intelligence has two fairly recent surveys that may be of interest to those of you who follow our blog with respect to national attorney hourly rates and in-house counsel costs. Here you go.

***2009 Billings Rates and Practice Survey for Small and Mid-Sized Firms.***

In its 2009 study on billing rates and practices in small and mid-sized firms, Incisive Legal Intelligence has tallied some interesting findings from a sample size of 255 nationwide firms with the largest group having an average of 21-40 lawyers.

This is what they found:

*The majority of firms bill by the hour, regardless of firm size.

*The average billing rate, nationwide, is $284 per hour.

*Firms with 2-8 lawyers have an average hourly billing rate of $262, firms with 76-150 lawyers increase to $295 per hour, and firms with over 150 lawyers have an average billable rate of $333.

*The average billing rate also increases with a lawyer's number of years in practice, with lawyers in or near major metropolitan areas commanding much higher fees than the averages.

 *By region, average hourly rates break out this way: Northeast -- $319; West -- $296; South -- $276; and Midwest -- $264.

*The Pacific division (California, Oregon, Washington, Hawaii, and Arizona) has higher billing rates with an average hourly billing rate of $319.

*The practice areas with the highest hourly billing rates are Plaintiffs' Contingency Litigation ($413), followed

**RESEARCH**

Family Law Awards: Recent Unpublished Decision Reviews Deadlines For Claiming Section 271 Fee Recovery

Civil Rights/Lodestar/Allocation: Appellate Court Affirms Decision To Award $1,000 Winning Plaintiffs Fees Of $60,400 Out Of A Requested $566,510

Civil Rights: Student Obtaining Eligibility Category Determination Under IDEA Entitled to Attorneys Fees Recovery

Consumer Statutes: Attorneys Fees Not Authorized To Prevailing Party Under CCP 527.8 For Winning Harassment Injunction

Reasonableness Of Fees: Fifth District Gives Us Some Insights Into Their Thinking On the Subject

Leading Cases

**Pages**

Ethics Opinions

Leading Cases

Rules of Professional Conduct

Statutes

**Blogroll**

Blawg Review
Cal Biz Lit
California Appellate Report
California Punitive Damages
CEB blog
Contract Lawyering Made Easy
Empirical Legal Studies
Gilbert Submits
Legal History Blog
May it Please the Court Law
NALFA
The California Blog of Appeal
The California Constitution
The Complex Litigator
The Los Angeles County Bar Blog
The Robing Room
The UCL Practitioner
The Volokh Conspiracy - -

**California Law Reviews**

Hastings Law Journal
Loyola of Los Angeles Law



Exhibit B

CALIFORNIA ATTORNEY'S FEES : Reasonableness Of Fees: Two Recent Incisive Legal Intelligence Studies Show Average Billing Rates For Small And Mid-Sized Firms And Internal...

Case 2:10-cv-09034-JHN -JC   Document 141-3   Filed 11/21/11   Page 2 of 2   Page ID #:2053

- Cases: Landlord/Tenant
- Cases: Liens for Attorney Fees
- Cases: Lis Pendens
- Cases: Lodestar
- Cases: Mediation
- Cases: Minors
- Cases: Multipliers
- Cases: Paralegal Time
- Cases: Pleading
- Cases: Poof!
- Cases: Preemption
- Cases: Prevailing Party
- Cases: Private Attorney General (CCP 1021.5)
- Cases: Probate
- Cases: Quantum Meruit
- Cases: Quashing/Lack of Jurisdiction
- Cases: Reasonableness of Fees
- Cases: Receivers
- Cases: Referral Agreements
- Cases: Requests for Admission
- Cases: Retainer Agreements
- Cases: Sanctions
- Cases: Section 1717
- Cases: Section 998
- Cases: Settlement
- Cases: SLAPP
- Cases: Social Security
- Cases: Special Fee Shifting Statutes
- Cases: Standard of Review
- Cases: Substantiation of Reasonableness of Fees
- Cases: Taxation
- Cases: Tort of Another
- Cases: Trade Secrets
- Cases: Trespass
- Cases: Unconscionability
- Cases: Undertaking
- Cases: Unlicensed Contractors
- Cases: War Stories
- Cases: Workers' Compensation
- CONTINUING LEGAL EDUCATION
- Legislation
- News
- Off Topics
- Rates

### Recent Posts

- Appeal Sanctions: Ouch! Appellant Sanctioned $2,000 For Appellate Court Processing Costs And Will Have To Pay More To Respondent On Remand
- Probate: Temporary Conservators Attorney Entitled To Fees Even If No Permanent Conservator Ever Appointed
- Special Fee Shifting Statute: CCP 1038 Did Not Allow For

by Labor/Employment ($302), General Law ($296), and Real Estate/Land Use ($294).

*A client can be expect to be charged hourly rates for paralegals and other support staff.

*2008 Study on In-House.*

In a 2008 Law Department Metrics Benchmarking Survey of 111 companies, Incisive Legal Intelligence reports that the median internal cost of operating an in-house law department at a large company grew to $381,618 per lawyer, a 10% increase over the previous survey year. Median *external* expenditures for large companies were up significantly, from $616,519 to $705,270 per lawyer. Corporate law departments participating in the study spent the highest percentage of outside counsel fees on litigation (37%), followed by intellectual property (15%) and then mergers and acquisitions (12%).

What are the primary criteria for selecting outside counsel? Answers in order of priority: firm specialization; responsiveness; and cost. For those companies evaluating outside counsel, here the the three top evaluation criteria: results; knowledge/experience; cost.

---

Posted at 04:31 PM in Cases: Reasonableness of Fees, Rates | Permalink

 Confirm

Review
McGeorge Law Review
Stanford Law Review
UC Davis Law Review
UCLA Law Review
University of San Francisco Law Review

### California Courthouses

 Photographs of California Courthouses

Blog powered by TypePad

Subscribe to this blog's feed

## TrackBack

TrackBack URL for this entry:
http://www.typepad.com/services/trackback/6a00e552305fbf8834014e860e3f38970d

Listed below are links to weblogs that reference **Reasonableness Of Fees: Two Recent Incisive Legal Intelligence Studies Show Average Billing Rates For Small And Mid-Sized Firms And Internal Costs For In-House Counsel Departments**:

## Comments

## Post a comment

Comments are moderated, and will not appear until the author has approved them.

(URLs automatically linked.)

### Your Information

(Name and email address are required. Email address will not be displayed with the

Exhibit B