KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
DALE F. KINSELLA (SBN 063370)
  dkinsella@kwikalaw.com
JEREMIAH T. REYNOLDS (SBN 223554)
  jreynolds@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

Attorneys for Defendants Mark Boal and Kathryn Bigelow

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| SGT. JEFFREY S. SARVER,<br><br>Plaintiff,<br><br>v.<br><br>THE HURT LOCKER, LLC; MARK BOAL; KATHRYN BIGELOW; GREG SHAPIRO; NICOLAS CHARTIER; TONY MARK; DONALL MCCLUSKER; SUMMIT ENTERTAINMENT, LLC; VOLTAGE PICTURES, LLC; GROSVENOR PARK MEDIA, LP; FIRST LIGHT PRODUCTIONS, INC.; KINGSGATE FILMS, INC. and PLAYBOY ENTERPRISES, INC., Jointly and Severally,<br><br>Defendants. | CASE NO. 2:10-cv-09034-JHN (JCx)<br><br>**EVIDENTIARY OBJECTIONS TO DECLARATION OF TODD WEGLARZ IN OPPOSITION TO MOTION FOR AWARD OF ATTORNEYS' FEES**<br><br>Date: December 12, 2011<br>Time: 2:00 p.m.<br>Room: 790 |

Defendants Mark Boal and Kathryn Bigelow ("Defendants") hereby object to the Declaration of Todd J. Weglarz in Support of Plaintiff's Opposition to Defendants' Motion for Attorneys' Fees on the following grounds:

| REFERENCE | GROUNDS FOR OBJECTION |
|---|---|
| Defendant objects to the following statement at ¶ 3 the Weglarz Declaration and Exhibit B to the Declaration: "Attached as Exhibit B is a true and correct copy of an article regarding the 2009 attorney billing surveys conducted Incisive Legal, published by calattorneyfees.com, 02-13-2011." | • Defendants object to the Declaration and Exhibit B to the Declaration on the grounds that Exhibit B, a purported Internet article regarding a survey about attorney billing rates, is not properly authenticated. *See* Fed. R. Evid. 901. Information acquired from the Internet should be regarded as "inherently untrustworthy." *See e.g. St. Clair v. Johnny's Oyster & Shrimp, Inc.*, 76 F.Supp.2d 773, 774–775 (S.D. Tx. 1999) (because "anyone can put anything on the Internet" and "hackers can adulterate the content on *any* website from *any* location at *any* time," evidence acquired from the Internet *must* be properly authenticated); *Wady v. Provident Life & Acc. Ins. Co. of America*, 216 F.Supp.2d 1060, 1064–1065 (C.D. Cal. 2002) (documents supposedly printed from website could not be authenticated because there was no proof of who maintains website, author of documents, or accuracy of contents).<br>• Plaintiff has not even submitted the actual survey that is the subject of the Internet article attached as Exhibit B. There is no evidence submitted showing the author of the survey or whether the |

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

| | |
|---|---|
| | information in the survey is accurate. As such, Exhibit B cannot be authenticated.<br>• The statements contained in Exhibit B describing the purported survey on billing rates constitute inadmissible hearsay because the actual survey has not been submitted. Fed. R. Evid. 801(a). |
| Defendant objects to the following statement at ¶ 5 the Weglarz Declaration and Exhibit D to the Declaration: "Attached as Exhibit D is a true and correct copy of the California Superior Court's May 2011 Tentative Ruling issued by Judge Jeffrey Hamilton in the matter of Revenue Resource Group v. Dash Dolls, granting Defendants' Anti-SLAPP Motion and awarding Defendants' attorney fees in the total amount of $6,825.00, based in part upon an hourly rate of $300 for attorney Jeremiah Reynolds (who is counsel | • Defendants object to the citation of a *tentative* opinion on the grounds that it is not a citable final opinion. A "tentative order binds neither the court nor the parties." *Thomas v. Housing Authority of Los Angeles*, 2005 WL 6133692 (C.D. Cal. 2005) (*citing Rhode Island v. United States EPA*, 378 F.3d 19, 25 (1st Cir.2004)).<br>• Defendants object to the Declaration and Exhibit D on the grounds that Exhibit D is not properly authenticated. *See* Fed. R. Evid. 901. Plaintiff's counsel does not have personal knowledge regarding whether a tentative opinion of the Superior Court of California, County of Fresno is authentic or not. |

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

| | |
|---|---|
| for Defendants Boal/Bigelow herein)." | |

## CONCLUSION

For the foregoing reasons, Defendants respectfully ask this Court sustain their above objections to the Declaration of Todd J. Weglarz in Support of Plaintiff's Opposition to Defendants' Motion for Attorneys' Fees.

DATED:  November 28, 2011    KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP


By: /s Jeremiah Reynolds
    Jeremiah T. Reynolds
    Attorneys for Defendants Mark Boal and
    Kathryn Bigelow