KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SGT. JEFFREY S. SARVER,<br><br>Plaintiff,<br><br>v.<br><br>THE HURT LOCKER, LLC; MARK BOAL; KATHRYN BIGELOW; GREG SHAPIRO; NICOLAS CHARTIER; TONY MARK; DONALL MCCLUSKER; SUMMIT ENTERTAINMENT, LLC; VOLTAGE PICTURES, LLC; GROSVENOR PARK MEDIA, LP; FIRST LIGHT PRODUCTIONS, INC.; KINGSGATE FILMS, INC. and PLAYBOY ENTERPRISES, INC., Jointly and Severally,<br><br>Defendants. | CASE NO. **2:10-cv-09034-JHN -JCx**<br><br>**JUDGMENT IN FAVOR OF DEFENDANTS KATHRYN BIGELOW AND MARK BOAL** |

Having granted Defendants Kathryn Bigelow and Mark Boal's Motion to Strike pursuant to Cal. Code Civ. Proc. § 425.16 on October 13, 2011, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT that judgment shall be entered in favor of Defendants Kathryn Bigelow and Mark Boal.  Defendants Kathyrn Bigelow and Mark Boal shall recover from Plaintiff Jeffrey S. Sarver the total amount of $37,975.50 in attorneys' fees.

Dated:  January 25, 2012  _____
HON. JACQUELINE H. NGUYEN
United States District Judge

Submitted by

By:  //s Jeremiah Reynolds
Attorneys for Defendants
Kathryn Bigelow and Mark Boal

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850