1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SGT. JEFFREY S. SARVER,<br><br>    Plaintiff,<br><br>  vs.<br><br>THE HURT LOCKER, LLC; MARK BOAL; KATHRYN BIGELOW; GREG SHAPIRO; NICOLAS CHARTIER; TONY MARK; DONALL MCCLUSKER; SUMMIT ENTERTAINMENT, LLC; VOLTAGE PICTURES, LLC; GROSVENOR PARK MEDIA, LP; FIRST LIGHT PRODUCTIONS, INC.; KINGSGATE FILMS, INC. and PLAYBOY ENTERPRISES, INC., Jointly and Severally,<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 2:10-cv-09034-JHN-JCx<br><br>**JUDGMENT IN FAVOR OF DEFENDANTS THE HURT LOCKER, LLC, GREG SHAPIRO, NICOLAS CHARTIER, VOLTAGE PICTURES, LLC, GROSVENOR PARK MEDIA L.P. AND KINGSGATE FILMS, INC.** |

---

JUDGMENT IN FAVOR OF DEFENDANT SUMMIT ENTERTAINMENT, LLC

# JUDGMENT

Having granted the Motion to Strike Plaintiff's Complaint Pursuant To Cal. Civ. Proc. Code § 425.16 filed by Defendants The Hurt Locker, LLC, Greg Shapiro, Nicolas Chartier, Voltage Pictures, LLC, Grosvenor Park Media, L.P. and Kingsgate Films, Inc. (collectively the "Hurt Locker Defendants"), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment shall be entered in favor of the Hurt Locker Defendants. The Hurt Locker Defendants shall recover from Plaintiff Jeffrey S. Sarver the total amount of $89,753.85 in attorneys' fees.

Dated: February 10, 2012

_____
HON. JACQUELINE H. NGUYEN
United States District Judge

Submitted by:

   /s/        *Jon-Jamison Hill*
Attorneys for DefendantsThe Hurt Locker, LLC, Greg Shapiro, Nicolas Chartier, Voltage Pictures, LLC, Grosvenor Park Media, L.P. and Kingsgate Films, Inc.