# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SGT. JEFFREY S. SARVER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>THE HURT LOCKER, LLC; MARK BOAL; KATHRYN BIGELOW; GREG SHAPIRO; NICOLAS CHARTIER; TONY MARK; DONALL MCCLUSKER; SUMMIT ENTERTAINMENT, LLC; VOLTAGE PICTURES, LLC; GROSVENOR PARK MEDIA, LP; FIRST LIGHT PRODUCTIONS, INC.; KINGSGATE FILMS, INC. and PLAYBOY ENTERPRISES, INC., Jointly and Severally,<br><br>　　　　Defendants. | Case No.  2:10-cv-09034-JHN-JCx<br><br>**JUDGMENT IN FAVOR OF DEFENDANT SUMMIT ENTERTAINMENT, LLC** |

---

**JUDGMENT**

Having granted the Motion to Strike pursuant to section 425.16 of the California Code of Civil Procedure in favor of Defendant Summit Entertainment, LLC, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment shall be entered in favor of Defendant Summit Entertainment, LLC. Defendant Summit Entertainment, LLC shall recover from Plaintiff Jeffrey S. Sarver the total amount of $59,395.30 in attorneys' fees.

Dated: February 10, 2012   _____
HON. JACQUELINE H. NGUYEN
United States District Judge

Submitted by:

 /s/ David Halberstadter
Attorneys for Defendant
Summit Entertainment, LLC